UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ENDICO POTATOES, INC.,

Case No.: .

Plaintiff,

-against-

**COMPLAINT**

NASSIR AHMAD BAYAT and RUHULLAH BAYAT,

Defendants.

The plaintiff, ENDICO POTATOES, INC., by and through its attorneys, KREINCES &

ROSENBERG, P.C., for its complaint against the defendants, NASSIR AHMAD BAYAT and

RUHULLAH BAYAT, alleges:

### THE PARTIES

1.      The plaintiff, ENDICO POTATOES, INC. ("ENDICO"), is a New York Corporation

doing business at 160 N. MacQuesten Parkway, Mount Vernon, New York 10550, engaged in the

business of buying and selling wholesale quantities of foods and other goods ("goods") in interstate

and in intrastate commerce.

2.      The defendant, NASSIR AHMAD BAYAT ("NASSIR"), upon information and

belief was an officer, director and shareholder of BAYAT OVERSEAS, INC. d/b/a PAMIR FOOD,

a foreign corporation doing business in the State of New York.

3.      The defendant, RUHULLAH BAYAT ("RUHULLAH"), upon information and belief

was an officer, director and shareholder of BAYAT OVERSEAS, INC. d/b/a PAMIR FOOD

("BAYAT OVERSEAS"), a foreign corporation doing business in the State of New York.

4.      At all times hereinafter mentioned, BAYAT OVERSEAS of which the individual

defendants were officers, directors and shareholders, conducted business at 53-01 Nurge Avenue,

Maspeth, County of Queens, City and State of New York at all times hereinafter mentioned.

## JURISDICTION AND VENUE

5.    This Court has jurisdiction over the causes of action against the defendants NASSIR and RUHULLAH pursuant to 28 U.S.C. §1332 in that the amount in controversy exceeds $75,000.00, and each of them are citizens of the State of New Jersey.

6.    Venue in this District is proper pursuant to 28 U.S.C. §1391(b) in that the substantial part of the events giving rise to the claims occurred in this judicial District.

## FACTUAL BACKGROUND

7.    On or about October 12, 2007 the plaintiff, ENDICO, procured a Default Judgment in the amount of $258,290.44 against one BAYAT OVERSEAS which judgment was entered in the office of the Clerk of the County of Queens on October 12, 2007. A copy of the Judgment is annexed hereto and made part hereof as Exhibit "A".

8.    The Judgment was based upon goods sold and delivered by the plaintiff ENDICO to BAYAT OVERSEAS between May 4, 2006 and June 12, 2006, aggregating the sum of $226,577.13. A copy of the statement of the sale of goods is annexed hereto and made part hereof as Exhibit "B". The invoices from May 4, 2006 to June 9, 2006 containing the goods sold and delivered by the plaintiff ENDICO to BAYAT OVERSEAS are annexed hereto and made part hereof as Exhibit "C".

9.    No part of the aforesaid Judgment has been satisfied by BAYAT OVERSEAS or by the defendants and the Judgment is in full force and effect and has not been modified, vacated or reversed.

10.    On or about October 30, 2007, plaintiff ENDICO served an Information Subpoena with annexed Questionnaire upon Commerce Bank, the bank at BAYAT OVERSEAS had its operating account.  A copy of the Information Subpoena and Questionnaire is annexed hereto and part hereof as Exhibit "D".

11.    On or about November 8, 2007, Commerce Bank responded to the Information Subpoena and answered the questions contained therein, a copy of which is annexed hereto and part hereof as Exhibit "E".

12.    In addition and in response to the subpoena served upon the Commerce Bank, certain bank statements were received by the plaintiff, ENDICO, as follows:

        A.    Bank statement for the period January 3, 2006 through January 31, 2006, a copy of which is annexed hereto and made part hereof as Exhibit "F" which bank statement shows deposits of $112,116.49 and debits of $111,765.60 leaving a balance of $18,743.12 as of January 31, 2006.

        B.    Bank statement for the period February 1, 2006 through February 28, 2006 showing deposits and credits of $73,843.01 and debits of $76,303.49 leaving a balance of $16,282.64 as of February 28, 2006, a copy of which is annexed hereto as Exhibit "G".

        C.    Bank statement from March 1, 2006 through March 31, 2006 with deposits of $103,060.51 and debits of $106,700.85 leaving a balance as of March 31, 2006 of $12,642.30, annexed as Exhibit "H".

D.     Bank statement from April 3, 2006 through April 30, 2006 with deposits of $63,084.95 and debits of $59,549.09, annexed hereto and made part hereof as Exhibit "I".  On April 30, 2007, the balance was $16,178.16.

Upon information and belief,

i.     BAYAT OVERSEAS has no books of account;

ii.     BAYAT OVERSEAS had no inventory during the months of April, May and June.

iii.     BAYAT OVERSEAS had a negative value in that its liabilities exceeded its assets during April, May and June of 2006.

iv.     BAYAT OVERSEAS is presently out of business.

v.     BAYAT OVERSEAS is a defunct entity which cannot pay its debts.

vi.     BAYAT OVERSEAS has been stripped of its assets in that they have been appropriated for the personal use of the defendants NASSIR and RUHULLAH and have been used by them to create new businesses.

vii.     BAYAT OVERSEAS was never adequately capitalized to engage in the business for which it was formed.

viii.     From the time of its formation in the year 2003, BAYAT OVERSEAS was under capitalized with the intent of avoiding obligations bound to arise as a result of its operations.

-4-

ix.    The defendants NASSIR and RUHULLAH continually drained all income out of BAYAT OVERSEAS in disregard of its corporate existence.

x.    BAYAT OVERSEAS failed to adhere to the formalities of corporate existence in that failed to keep adequate records relating to governance of its corporate affairs and accounting of its finances, in that it failed to issue any share certificates to its shareholders, NASSIR and RUHULLAH and to obtain from them capital contributions and in return therefore, in that it failed to retain, before distribution to each defendant, earnings from its operations in an amount sufficient to meet its financial obligations.

xi.    Each defendant completely dominated the corporation in that they organized, managed and controlled BAYAT OVERSEAS.

xii.    Each defendant conducted the business of BAYAT OVERSEAS in disregard of its corporate formalities in a manner that suited each defendant's own personal convenience.

13.    By virtue of the foregoing, BAYAT OVERSEAS primarily transacted the business of each defendant rather than its own business and acted as the alter ego of each defendant.

14.    In view of each defendants disregard of the formalities of the corporate existence of BAYAT OVERSEAS the adherence to the fiction of such separate corporate existence of BAYAT OVERSEAS would result in injustice to the plaintiff.

15.    By reason of the foregoing, each defendant is personally responsible for the indebtedness of BAYAT OVERSEAS to the plaintiff and is therefore personally liable to the plaintiff in the amount of the aforesaid judgment against BAYAT OVERSEAS together with interest from the date of entry of the judgment.

16.    Pursuant to the Subpoena, Commerce Bank provided bank statement for BAYAT OVERSEAS for the period of May 11 through May 31, 2006, annexed hereto and made part hereto as Exhibit "J".

17.    This period is the same period during which the plaintiff, ENDICO, sold its goods to BAYAT OVERSEAS viz. May 4, 2006 to June 12, 20006 ("period of purchase"). During the period of purchase there was an overdraft balance and as of May 31, 2006 there was an overdraft balance of $11,951.51.

18.    During the aforesaid period of purchase there was a levy fee and New York restraining notice on May 11, 2006 in the sum of $17,870.74 which was paid on May 12, 2007. In addition there was a restraining notice on May 19, 2006 in the sum of $18,862.79 which was paid on May 23, 2006 after a deposit in cash,  by the defendants into the bank account of BAYAT OVERSEAS in the sum of $24,000.00 on May 22, 2006.  During the period of purchase, there were seven return checks and on several occasions uncollected funds fees.

## COUNT 1

### (FAILURE TO PAY FOR GOODS SOLD)

19.    Plaintiff incorporates each and every allegation set forth in paragraphs "1" to " " as though fully set forth herein.

20.    A substantial amount of goods were purchased by BAYAT OVERSEAS from the plaintiff from May 4, 2006 through May 31, 2006 when the balance due to the plaintiff was $186,516.01, which represents the agreed price and reasonable value of the goods purchased by BAYAT OVERSEAS from the plaintiff from May 4, 2006 through May 31, 2006 during which and at the end of the period of purchase, BAYAT OVERSEAS had an overdraft balance.

21.    During the period of June 2, 2006 through June 30, 2006, there were deposits of $365,011.81, debits of $353,060.30 and a beginning overdraft of $11,951.51 leaving a balance in the checking account as of June 30, 3006 of zero dollars, a copy of this statement is annexed hereto and made part hereof as Exhibit "K". From the period of June 1, 2006 through June 12, 2006, BAYAT OVERSEAS purchased additional goods from the plaintiff ENDICO aggregating the sum of approximately $45,000.00.

22.    Each of the defendants signed the following checks and delivered the same to the plaintiff in payment of the invoices annexed hereto and made part hereof as Exhibit "C", all of which checks were returned for the reason set forth through their amount, checks annexed hereto as Exhibit "L".

a.    Check of June 16, 2006 in the sum of $15,600.05 returned for reason that the account was closed.

b.    Check of June 9, 2006 for $16,027.75 - insufficient funds.

c.    Check of June 12, 2006 for $15,600.05 - insufficient funds.

d.    Check of June 15, 2006 for $15,800.05 - account closed.

23.    The defendants are responsible for the payment of the judgment to the plaintiff ENDICO POTATOES in that each of them exercised such complete domination and control in respect to the purchase of the goods by BAYAT OVERSEAS during the months of May and June when each of them knew that the operating account of BAYAT OVERSEAS did not have sufficient funds to pay for such goods in the normal course of business and in respect to the transactions for the sale of goods by ENDICO to BAYAT OVERSEAS and, as such, BAYAT OVERSEAS at that time had no separate will of its own in that each of these defendants were controlling and dominating the affairs of BAYAT OVERSEAS.

24.    This domination and control was used to commit a fraud and other wrongful acts against the plaintiff ENDICO which caused it injury in that it sold goods having an agreed price and reasonable value of $226,677.15 which has ripened into a judgment of $258,290.44.

25.    In fact, each of these defendants knew that the corporation did not have sufficient funds to pay for the goods which it ordered and received from the plaintiff ENDICO during the months of May and June, 2006 and, had known and had planned that BAYAT OVERSEAS would cease doing business and close its bank account in June, 2006.  Each of these defendants controlled and dominated the affairs of BAYAT OVERSEAS to perpetuate fraud and a wrong upon the plaintiff ENDICO in that BAYAT OVERSEAS could never pay for the goods in view of the history of its receipts and expenses as set forth in its operating account, could not make good the checks which it issued and that in issuing checks which they knew would be returned for insufficient funds and for the reason that the account was closed.  These checks aggregate the sum of $63,027.90.

26.    Such conduct is inimical to the normal and customary operation of corporate affairs and such perfidy was conducted by each defendant solely for the purpose of permitting the generation of account's receivable by the sale of the goods, the collection of which were used by each defendant for its personal use thus perverting the legitimate structure of BAYAT OVERSEAS.

## COUNT II

27.    Plaintiff incorporates each and every allegation set forth in paragraphs "1" to "    " above as if fully set forth herein.

28.    Each plaintiff concealed their knowledge that they were terminating the business of BAYAT OVERSEAS, that the operating funds of BAYAT OVERSEAS were insufficient to pay for the goods sold and delivered to it by the plaintiff ENDICO, that there were levies and restraining notices imposed by judgment creditors upon the bank account of BAYAT OVERSEAS, that it issued checks when they knew there was insufficient funds to pay those checks and issued checks when, in fact, the account was closed.

29.    Each defendant knew that if they had told the plaintiff, ENDICO, of their knowledge as aforesaid that the defendant ENDICO would not sell to the plaintiff BAYAT OVERSEAS such goods aggregating the sum of $228,677.13 because, in fact, each defendant knew that BAYAT OVERSEAS would be unable to pay for such goods as they ordered such goods on each of the days set forth in the statement annexed hereto and made part hereof as Exhibit "B".

30.    Each plaintiff knew that the plaintiff ENDICO would rely upon such knowledge had it been communicated to them and, intentionally and recklessly withheld such knowledge from the plaintiff ENDICO which it ordered goods from the plaintiff ENDICO during the months of May and June of 2006.

31.    By reason of the foregoing, the plaintiff has been damaged in the sum of $258,290.44.

WHEREFORE, plaintiff demands judgment against each defendant, jointly and severely in the sum of $258,290.44 with interest from October 12, 2007 on each count, together with punitive damages of $250,000.00, and the costs and disbursements of this action.

Dated this  22nd day of January, 2008.

Respectfully submitted,

KREINCES & ROSENBERG, P.C.

By: _____

LEONARD KREINCES (LK/6524)
Attorneys for Plaintiff
900 Merchants Concourse, Suite 305
Westbury, New York 11590
(516) 227-6500

Z:\kreinces1\WORK\General\EndicoPotatoes\Pamir Food\COMPLAINT.FEDERAL.frm

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS

Index No. 6973-07

ENDICO POTATOES, INC.,

Plaintiff,

-against-

**DEFAULT JUDGMENT**

BAYAT OVERSEAS, INC. D/B/A PAMIR FOOD,

Defendant.

The summons and complaint in the above-entitled action having been served upon the defendant, BAYAT OVERSEAS, INC. d/b/a PAMIR FOOD, on the 6th day of April, 2007 and the time for the defendant to appear, answer or rise a objection to the complaint in point of law having expired, and the defendant not having appeared, answered or raised an objection to the complaint in point of law, and the notice required by CPLR 3215(g)(4) having been duly mailed,

**NOW**, upon the summons and complaint and proof of service thereof, the notice required under CPLR 3215(g)(4), the affidavit of ROBERT HANNA, sworn to on the 27th day of July, 2007 and upon motion of LEONARD KREINCES, ESQ., attorney for plaintiff, it is

**ADJUDGED** that the plaintiff, ENDICO POTATOES, INC., residing at 160 No. MacQuesten Parkway, Mount Vernon, New York do recover of the defendant, BAYAT OVERSEAS, INC. D/B/A PAMIR FOOD, residing at 53-01 Nurge Avenue, Maspeth, New York 11378, the sum of Two Hundred Twenty Six Thousand Six Hundred Seventy-Seven and 15/100 ($226,677.15) DOLLARS, the amount claimed plus interest from April 1, 2006 in the sum of $ 31,188.29 plus costs and disbursements as taxed by the clerk in the sum of FOUR HUNDRED TWENTY-FIVE ($425.00) DOLLARS, amounting in all to the sum of

3 AFFTS MONEY JUDGMENT (Page 2 of 2)

Date _____ $ 258, 290.⁴⁴ _____, and that plaintiff have execution therefor,

Judgment entered this _12ᵗʰ_ day of October, 2007.

INDEX # 6973/07

_Gloria D'Amico_
Clerk

QUEENS COUNTY CLERK
FILED
RECORDED
2007 OCT 12 AM 10: 29

DOCKETED _E G ②_
BY

CRTINQ
01/05/07 - 3:27 PM

EMRICO POTATOES INC.
CREDIT REPORT

PAGE: 1

CUSTOMER NO: PAM400
PAMIR FOODS
D/B/A/ HAYAT OVERSEAS INC
53 01 MIBOR AVE
MASPETH, NY 11378

| | | |
|---|---|---|
| LAST INVOICE DATE | 06/09/06 | YTD SALES | .00 |
| LAST PAYMENT DATE | 06/21/06 | NO INVOICES | 0 |
| OLDEST INVOICE | 06116 | OPEN ORDER $ | .00 |
| CREDIT LIMIT | .00 | OPEN A/P AMT | 260,304.93 |

FAX: 718 366-2276

SALESPERSON: 27   TELEPHONE: 718-366-2111   AVG DAYS TO PAY   0   TIMES PAST DUE 1656

| DATE | REF | DEBITS | CREDITS | LINE BALANCE | RUNNING BALANCE | Payment Information DATE | REFERENCE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 - 01/26/06 | 7B2840 | 7,530.98 | 6,024.19 | 1,506.79 | 1,506.79 | 06/02/06 | C113471 | 4,251.43 |
| | | | | | | 06/09/06 | C113806 | 1,772.76 |
| 2 - 05/04/06 | 783413 | 6,978.29 | .00 | 6,978.29 | 8,485.08 | | | |
| 3 - 05/05/06 | 783529 | 12,751.28 | .00 | 12,751.28 | 21,236.36 | | | |
| 4 - 05/08/06 | 783-86 | 12,850.57 | .00 | 12,850.57 | 34,086.93 | | | |
| 5 - 05/09/06 | 783692 | 10,940.46 | .00 | 10,940.46 | 45,027.39 | | | |
| 6 - 05/09/06 | 783709 | 134.00 | .00 | 134.00 | 45,161.39 | | | |
| 7 - 05/10/06 | 783797 | 3,694.52 | .00 | 3,694.52 | 48,855.91 | | | |
| 8 - 05/11/06 | 783907 | 8,942.36 | .00 | 8,942.36 | 57,798.27 | | | |
| 9 - 05/12/06 | 784019 | 9,991.23 | .00 | 9,991.23 | 67,789.50 | | | |
| 10 - 05/15/06 | 784084 | 7,143.20 | .00 | 7,143.20 | 74,932.70 | | | |
| 11 - 05/16/06 | 784185 | 9,308.16 | .00 | 9,308.16 | 84,240.86 | | | |
| 12 - 06/18/06 | 784375 | 11,748.85 | .00 | 11,748.85 | 95,989.71 | | | |
| 13 - 05/19/06 | 784476 | 11,173.92 | .00 | 11,173.92 | 107,163.63 | | | |
| 14 - 05/22/06 | 784549 | 14,361.39 | .00 | 14,361.39 | 121,525.02 | | | |
| 15 - 05/23/06 | 784660 | 11,649.44 | .00 | 11,649.44 | 133,174.46 | | | |
| 16 - 05/24/06 | 784745 | 15,551.69 | .00 | 15,551.69 | 148,726.15 | | | |
| 17 - 05/25/06 | 784858 | 10,078.19 | .00 | 10,078.19 | 158,804.34 | | | |
| 18 - 05/26/06 | 784982 | 18,857.83 | .00 | 18,857.83 | 177,662.17 | | | |
| 19 - 05/31/06 | 785154 | 8,853.84 | .00 | 8,853.84 | 186,516.01 | | | |
| 20 - 06/01/06 | 785305 | 8,377.07 | .00 | 8,377.07 | 194,893.08 | | | |
| 21 - 06/02/06 | 785432 | 9,757.82 | .00 | 9,757.82 | 204,650.90 | | | |
| 22 - 06/06/06 | 785546 | 9,788.49 | .00 | 9,788.49 | 214,439.39 | | | |
| 23 - 06/06/06 | 785607 | 6,037.70 | .00 | 6,037.70 | 220,477.09 | | | |
| 24 - 06/07/06 | 785689 | 5,036.00 | .00 | 5,036.00 | 225,513.09 | | | |
| 25 - 06/08/06 | 785807 | 6,030.69 | .00 | 6,030.69 | 231,513.78 | | | |
| 26 - 06/09/06 | 785920 | 12,733.40 | .00 | 12,733.40 | 244,277.18 | | | |
| 27 - 06/12/06 | C113874 | | 15,600.05 | 12,733.40 | 228,677.13 | | | |

CRTINQ
01/05/07 - 3:27 PM

ENDICO POTATOES INC.
CREDIT REPORT

PAGE: 2

CUSTOMER NO: 1PM400
PAMIR FOODS
D/B/A/ BAYAT OVERSEAS INC
53-01 NURGE AVE
MASPETH, NY 11378

| | |
|---|---|
| LAST INVOICE DATE | 06/09/06 |
| LAST PAYMENT DATE | 06/21/06 |
| OLDEST INVOICE | 06116 |
| CREDIT LIMIT | .00 |

| | |
|---|---|
| FAX: 718-366-2276 | |
| YTD SALES | .00 |
| NO INVOICES | 0 |
| OPEN ORDER $ | .00 |
| OPEN A/R AMT | 260,304.93 |

SALESPERSON: 27    TELEPHONE: 718-366-2111    AVG DAYS TO PAY    0    TIMES PAST DUE 1656

| DATE | REF | DEBITS | CREDITS | LINE BALANCE | RUNNING BALANCE | Payment Information DATE REFERENCE AMOUNT |
|---|---|---|---|---|---|---|
| 28-06/14/06 | C113999 | | 15,600.05- | 15,600.05- | 213,077.08 | |
| 29-06/14/06 | C114000 | | 15,600.05- | 15,600.05- | 197,477.03 | |
| 30-06/21/06 | C114382 | 16,027.75 | .00 | 16,027.75 | 213,504.78 | |
| 31-06/21/06 | C114383 | 15,600.05 | .00 | 15,600.05 | 229,104.83 | |
| 32-06/21/06 | C114384 | 15,600.05 | .00 | 15,600.05 | 244,704.88 | |
| 31-06/21/06 | C114385 | 15,600.05 | .00 | 15,600.05 | 260,304.93 | |

| CURRENT | 21 DAYS | 28 DAYS | 45 DAYS | 90 DAYS+ |
|---|---|---|---|---|
| .00 | .00 | .00 | .00 | 260,304.93 |

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS                                        Index No. 6973-07

ENDICO POTATOES, INC.,

                                    Plaintiff,          **SUBPOENA**
                                                        **(Duces Tecum)**
                                                        **To Take Deposition of**
        -against-                                       **Witness**
                                                        ------
BAYAT OVERSEAS, INC. D/B/A PAMIR FOOD,                  **with Restraining Notice**

                                    Defendant.

**THE PEOPLE OF THE STATE OF NEW YORK**

TO:     COMMERCE BANK                                   witness, GREETING:
        Address: 5555 Merrick Road, Massapequa, New York 11758

        WHEREAS, in an action in the Supreme Court, Queens County, State of New York (Index
Number: 6973/07) between ENDICO POTATOES, INC., as plaintiff, and BAYAT OVERSEAS,
INC. d/b/a PAMIR FOOD, as defendant, who are all the parties named in said action, a judgment
was entered on October 12, 2007, in favor of ENDICO POTOATOES, INC., judgment creditor, and
against BAYAT OVERSEAS, INC. d/b/a PAMIR FOOD, judgment debtor, in the amount of
$258,290.44 plus interest remains due and unpaid; and WHEREAS, the witness; resides in Nassau
County; and WHEREAS, the Judgment was entered in the Office of the Clerk of the County of
Nassau on October 12, 2007;

        WE COMMAND YOU, to appear and attend before Kreinces & Rosenberg, P.C., at 900
Merchants Concourse, Suite 305, Westbury, New York 11590, on December *10* , 2007, at 10:00
a.m., and at any recessed or adjourned date for the taking of a deposition under oath upon oral or
written questions on all matters relevant to the satisfaction of such judgment;

        AND WE FURTHER COMMAND YOU to produce for examination at such time and place
the following books, papers and records:

            1.      **All records for the period of time of two years prior to the date of closing**
                    **by the defendant of account number 7918850657 at Commerce Bank,**
                    **555 Merrick Road, Massapequa, New York.**

and all other books papers, and records in your possession or control which have or may contain
information concerning your property, income or other means relevant to the satisfaction of the
judgment;

TAKE NOTICE that false swearing or failure to comply with this subpoena is punishable as a contempt of court. RESTRAINING NOTICE: WHEREAS it appears that you owe a debt to the judgment debtor or are in possession or in custody of property in which the judgment debtor has an interest;

*

TAKE NOTICE that pursuant to subdivision (b) of Section 5222 of the Civil Practice Law and Rules, which is set forth in full herein, you are hereby forbidden to make or suffer any sale, assignment or transfer of, interference with, any such property or pay over or otherwise dispose of any such debt except as therein provided.

TAKE FURTHER NOTICE that this notice also covers all property in which the judgment debtor has an interest hereafter coming into your possession or custody, and all debts hereafter coming due from you to the judgment debtor.

CIVIL PRACTICE LAW AND RULES

Section 5222 (b) Effect of restraint: prohibition of transfer; duration. A judgment debtor served with a restraining notice is forbidden to make or suffer any sale, assignment, transfer or interference with any property in which he has an interest, except upon direction of the sheriff or pursuant to an order of the court, until the judgment is satisfied or vacated. A restraining notice served upon a person other than the judgment debtor is effective only if, at the time of service, he owes a debt to the judgment debtor or he is in the possession or custody of property in which he knows or has reason to believe the judgment debtor has an interest, or if the judgment creditor has stated in the notice that a specified debt is owed by the person served to the judgment debtor or that the judgment debtor has an interest in specified property in the possession or custody of the person served. All property in which the judgment debtor is known or believed to have an interest then in and thereafter coming into the possession or custody of such a person, including any specified in the notice, and all debts of such a person, including any specified in the notice, then due and thereafter coming due to the judgment debtor, shall be subject to the notice. Such a person is forbidden to make or suffer any sale, assignment or transfer of, or any interference with, any such property, or pay over or otherwise dispose of any such debt, to any person other than the sheriff, except upon direction of the sheriff or pursuant to an order of the court until the expiration of one year after the notice is served upon him, or until the judgment is satisfied or vacated, whichever event first occurs. A judgment creditor who has specified personal property or debt in a restraining notice shall be liable to the owner of the property or the person to whom the debt is owed, if other than the judgment debtor, for any damages sustained by reason of the restraint. If a garnishee served with a restraining notice withholds the payment of money belonging or owed to the judgment debtor in an amount equal to twice the amount due on the judgment, the restraining notice is not effective as to other property or money.

TAKE NOTICE that disobedience of this Restraining Notice is punishable as a contempt of court.

WITNESS, Sidney F. Strauss, one of the justices of our said court, at the court house in the county of Queens, the 15th day of November, 2007.

Leonard Kreinces, Esq.

Attorneys for Judgment Creditor:
Kreinces & Rosenberg, P.C.
900 Merchants Concourse, Suite 305
Westbury, New York 11590

* Space provided if debt or property is to be specified.

Z:\kreinces1\WORK\General\EndicoPotatoes\Pamir\Subpoena.2.wpd

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS

ENDICO POTATOES, INC.,

                                        Plaintiff,

        -against-

BAYAT OVERSEAS, INC. d/b/a PAMIR FOOD,

                                        Defendants.

Index No.: 6973-07

**INFORMATION
SUBPOENA
QUESTIONNAIRE**

STATE OF NEW YORK          )
                           ) ss.:
COUNTY OF _Nassau_         )

_____Jennifer Holmes_____, being duly sworn deposes and says: that deponent is the

_Levy Associate_ of COMMERCE BANK recipient of an Information Subpoena herein and of the

original and a copy of questions accompanying said subpoena.  The answers set forth below are made from

information obtained from the records of the recipient.

1.    Q.    Does the defendant(s) have relationship with your institution?

      A.    Yes _____ No __✓__

2.    Q.    What type of account does the defendant(s) have?

      A.    None

3.    Q.    What is the defendant(s)'s account number?

      A.    NA

4.    What is the defendant(s)'s present balance?

      A.    NA

5.    Q.    What is the defendant(s)'s social security number or tax identification number?

      A.    NA

6.    Does the defendant(s) have a safety deposit box?

      A.    Yes _____ No __X__

Bank Officer
Name: Jennifer Holmes

Sworn to before me on the
__8__ day of November, 2007

_____
Notary Public

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS

ENDICO POTATOES, INC.,

                        Plaintiff,

    -against-

BAYAT OVERSEAS, INC. d/b/a PAMIR FOOD,

                        Defendants.

Index No.: 6973-07

**INFORMATION SUBPOENA QUESTIONNAIRE**

STATE OF NEW YORK    )
                         ) ss.:
COUNTY OF _____  )

_____, being duly sworn deposes and says:  that deponent is the

_____ of COMMERCE BANK recipient of an Information Subpoena herein and of the

original and a copy of questions accompanying said subpoena.  The answers set forth below are made from

information obtained from the records of the recipient.

1.    Q.    Did the defendant ever have a relationship with your institution?

        A.    Yes _____ No _____

2.    Q.    Does the defendant have a bank account at your institution under number_____?

        A.

3.    Q.    Please provide the tax identification number given to the bank for that account.

        A.

_791885067_

_____
Bank Officer
Name:

Sworn to before me on the
_____ day of November, 2007

_____
    Notary Public

```
                                    --- ---              01/31/06
     BAYAT OVERSEAS INC. DBA PAMIR FOOD    ---
     53-01 NURGE AVE                       ---
     MASPETH NY  11378
                                                      7918850657


                                                      CYCLE-010
     5
*** CHECKING *** NY BUSINESS
ACCOUNT NUMBER  7918850657                               18,492.23
PREVIOUS STATEMENT BALANCE AS OF 12/31/05 ....................   112,016.49
     PLUS    23  DEPOSITS AND OTHER CREDITS ...................   111,765.60
     LESS    18  CHECKS AND OTHER DEBITS ......................    18,743.12
CURRENT STATEMENT BALANCE AS OF 01/31/06 ....................
NUMBER OF DAYS IN THIS STATEMENT PERIOD    31
```

*** CHECK TRANSACTIONS ***

| SERIAL | DATE | AMOUNT | SERIAL | DATE | AMOUNT |
|--------|------|--------|--------|------|--------|
| 1273 | 01/13 | 16,000.00 | 1279 | 01/18 | 15,000.00 |
| 1277* | 01/04 | 30,000.00 | 1280 | 01/24 | 17,685.98 |
| 1278 | 01/10 | 14,000.00 | 1282* | 01/31 | 16,000.00 |

*** CHECKING ACCOUNT TRANSACTIONS ***

| DATE | DESCRIPTION | DEBITS | CREDITS |
|------|-------------|--------|---------|
| 01/03 | DEPOSIT | | 1,832.35 |
| 01/03 | DEPOSIT | | 2,203.00 |
| 01/03 | DEPOSIT | | 5,000.00 |
| 01/03 | DEPOSIT | | 5,000.00 |
| 01/04 | DEPOSIT | | 3,031.50 |
| 01/05 | DEPOSIT | | 1,450.45 |
| 01/06 | DEPOSIT | | 6,707.47 |
| 01/09 | DEPOSIT | | 2,466.20 |
| 01/10 | DEPOSIT | | 2,694.25 |
| 01/11 | DEPOSIT | | 8,400.00 |
| 01/12 | DEPOSIT | | 4,963.43 |
| 01/13 | RETURN DEPOSITED ITEM FEES | 10.00 | |
| 01/13 | RETURN DEPOSITED ITEM | 100.00 | |
| 01/17 | DEPOSIT | | 4,601.59 |
| 01/17 | DEPOSIT | | 5,863.55 |
| 01/17 | RETURN DEPOSITED ITEM FEES | 10.00 | |
| 01/17 | RETURN DEPOSITED ITEM | 707.00 | |
| 01/18 | DEPOSIT | | 5,492.51 |
| 01/18 | RETURN DEPOSITED ITEM FEES | 10.00 | |
| 01/18 | RETURN DEPOSITED ITEM | 100.00 | |
| 01/18 | WIRE TRANSFER FEE001421 | 15.00 | |
| 01/18 | WIRE TRANSFER001421 | 1,444.72 | |
| 01/19 | DEPOSIT | | 1,097.50 |
| 01/19 | UNCOLLECTED FUNDS FEE | 33.00 | |
| 01/23 | DEPOSIT | | 5,125.16 |
| 01/24 | DEPOSIT | | 2,979.00 |
| 01/24 | RETURNED CHECK # 00001280 | | 17,685.98 |
| 01/25 | DEPOSIT | | 2,771.20 |
| 01/25 | NSF FEE | 33.00 | |
| 01/26 | DEPOSIT | | 1,915.35 |
| 01/27 | DEPOSIT | | 5,888.90 |
| 01/27 | RETURN DEPOSITED ITEM FEES | 10.00 | |
| 01/27 | RETURN DEPOSITED ITEM | 606.90 | |
| 01/30 | DEPOSIT | | 7,640.20 |
| 01/31 | DEPOSIT | | 7,206.90 |

*** BALANCE BY DATE ***

| | | | | | | | | | |
|------|-----------|-------|-----------|-------|----------|-------|-----------|-------|----------|
| 12/31 | 18,492.23 | 01/03 | 32,527.58 | 01/04 | 5,559.08 | 01/05 | 7,009.53 | | |
| 01/06 | 13,717.00 | 01/09 | 16,183.20 | 01/10 | 4,877.45 | 01/11 | 13,277.45 | | |
| | | 01/13 | 2,130.88 | 01/17 | 11,879.02 | 01/18 | 801.81 | | |

PAGE  2

BAYAT OVERSEAS INC. DBA PAMIR FOOD
53-01 NURGE AVE
MASPETH NY  11378

--- ---
---

01/31/06

7918850657

CYCLE-010

5

*** BALANCE BY DATE ***
01/19    1,866.31  01/23      6,991.47  01/24      9,970.47  01/25    12,708.67
01/26   14,624.02  01/27     19,896.02  01/30     27,536.22  01/31    18,743.12


EFFECTIVE 3/17/06, THE PER ITEM FEE FOR NSF, UNCOLLECTED
FUNDS, OVERDRAFT AND RETURNED ITEMS ON YOUR ACCOUNT WILL
BE $35.00.  A STOP PAYMENT WILL BE $25.00.

```
                                              --- ---
    BAYAT OVERSEAS INC. DBA PAMIR FOOD          ---              02/28/06
    53-01 NURGE AVE
    MASPETH NY  11378                           ---

                                                               7918850657



       5                                                      CYCLE-010
*** CHECKING *** NY BUSINESS
ACCOUNT NUMBER  7918850657
PREVIOUS STATEMENT BALANCE AS OF 01/31/06 .......................    18,743.12
     PLUS    19  DEPOSITS AND OTHER CREDITS ...................    73,843.01
     LESS    12  CHECKS AND OTHER DEBITS .....................    76,303.49
CURRENT STATEMENT BALANCE AS OF 02/28/06 .......................    16,282.64
NUMBER OF DAYS IN THIS STATEMENT PERIOD   28
```

```
-----------------------------------------------------------------------------
*** CHECK TRANSACTIONS ***
    SERIAL   DATE         AMOUNT         SERIAL   DATE        AMOUNT
    1280S   02/06      17,685.98         1284    02/13     17,135.71
    1283*   02/08      14,300.19         1285    02/21     15,985.26
```

```
-----------------------------------------------------------------------------
*** CHECKING ACCOUNT TRANSACTIONS ***
  DATE          DESCRIPTION               DEBITS          CREDITS
02/01 DEPOSIT                                            5,058.02
02/02 DEPOSIT                                            3,279.84
02/03 DEPOSIT                                            4,368.66
02/03 RETURN DEPOSITED ITEM FEES           10.00
02/03 RETURN DEPOSITED ITEM FEES           10.00
02/03 RETURN DEPOSITED ITEM               399.45
02/03 RETURN DEPOSITED ITEM             1,121.00
02/06 DEPOSIT                                            5,069.55
02/06 RETURN DEPOSITED ITEM FEES           10.00
02/06 RETURN DEPOSITED ITEM               606.90
02/07 DEPOSIT                                            3,943.61
02/09 DEPOSIT                                            5,864.08
02/10 DEPOSIT                                            3,277.95
02/13 DEPOSIT                                            4,193.15
02/15 DEPOSIT                                            3,437.90
02/16 DEPOSIT                                            1,240.30
02/17 DEPOSIT                                            3,662.95
02/21 DEPOSIT                                            2,274.68
02/21 DEPOSIT                                            3,592.33
02/22 DEPOSIT                                            3,432.60
02/22 UNCOLLECTED FUNDS FEE                33.00
02/23 DEPOSIT                                            2,405.48
02/24 DEPOSIT                                            3,867.45
02/27 DEPOSIT                                            2,813.21
02/28 DEPOSIT                                            3,059.25
02/28 DEPOSIT                                            9,002.00
02/28 COUNTER WITHDRAWAL                 9,006.00
```

```
-----------------------------------------------------------------------------
*** BALANCE BY DATE ***
01/31   18,743.12  02/01    23,801.14  02/02    27,080.98  02/03    29,909.19
02/06   16,675.86  02/07    20,619.47  02/08     6,319.28  02/09    12,183.36
02/10   15,461.31  02/13     2,518.75  02/15     5,956.65  02/16     7,196.95
02/17   10,859.90  02/21       741.65  02/22     4,141.25  02/23     6,546.73
02/24   10,414.18  02/27    13,227.39  02/28    16,282.64
```

```
BAYAT OVERSEAS INC. DBA PAMIR FOOD         --- ---
53-01 NURGE AVE                                       03/31/06
MASPETH NY  11378
                                          ---
                                                     7918850657


      8
*** CHECKING *** NY BUSINESS                          CYCLE-010
ACCOUNT NUMBER  7918850657
PREVIOUS STATEMENT BALANCE AS OF 02/28/06 ......................      16,282.64
    PLUS     26  DEPOSITS AND OTHER CREDITS ...................     103,060.51
    LESS     18  CHECKS AND OTHER DEBITS ......................     106,700.85
CURRENT STATEMENT BALANCE AS OF 03/31/06 .......................      12,642.30
NUMBER OF DAYS IN THIS STATEMENT PERIOD    31
```

```
*** CHECK TRANSACTIONS ***
    SERIAL    DATE      AMOUNT       SERIAL   DATE       AMOUNT
              03/01    15,439.85      1290    03/13     4,251.70
    1288*    03/07    15,663.00      1291    03/15       379.00
    1289     03/14    16,000.00      1292    03/21    16,410.92
    1289S    03/24    16,000.00      1293    03/30    12,893.46
```

```
*** CHECKING ACCOUNT TRANSACTIONS ***
DATE          DESCRIPTION              DEBITS        CREDITS
03/01 DEPOSIT
03/02 DEPOSIT                                        3,603.50
03/03 DEPOSIT                                        2,403.55
03/06 DEPOSIT                                       11,129.75
03/06 DEBIT MEMO                                     8,874.13
03/07 DEPOSIT                         2,000.00
03/07 WIRE TRANSFER FEE000538                        3,034.71
03/07 WIRE TRANSFER000538               15.00
03/08 DEPOSIT                         3,308.00
03/09 WIRE TRANSFER000481                            4,214.17
03/09 DEPOSIT                                        1,486.46
03/09 RETURN DEPOSITED ITEM FEES                     1,166.20
03/09 RETURN DEPOSITED ITEM             10.00
03/09 WIRE TRANSFER FEE000145         1,294.00
03/09 WIRE TRANSFER FEE000394           15.00
03/09 WIRE TRANSFER000145               15.00
03/09 WIRE TRANSFER000394             1,486.46
03/10 DEPOSIT                         1,486.46
03/13 DEPOSIT                                        3,434.00
03/14 DEPOSIT                                        3,876.87
03/14 RETURNED CHECK # 00001289                      1,294.00
03/15 DEPOSIT                                        16,000.00
03/15 DEPOSIT                                        3,103.60
03/15 NSF FEE                                        3,584.15
03/17 DEPOSIT                           33.00
03/20 DEPOSIT                                        5,191.23
03/21 DEPOSIT                                        3,835.62
03/22 DEPOSIT                                        2,145.82
03/24 DEPOSIT                                        3,104.63
03/27 DEPOSIT                                        2,939.55
03/27 DEPOSIT                                        1,248.75
03/27 DEPOSIT                                        1,494.00
03/28 DEPOSIT                                        3,384.37
03/29 DEPOSIT                                        1,292.72
03/30 DEPOSIT                                        6,924.55
03/31 DEPOSIT                                        1,954.80
                                                     2,339.38
```

```
                                                      --- ---
         BAYAT OVERSEAS INC. DBA PAMIR FOOD           ---                    03/31/06
         53-01 NURGE AVE
         MASPETH NY  11378

                                                                    7918850657


    8                                                               CYCLE-010
```

--------------------------------------------------------------------------------
```
    *** BALANCE BY DATE ***
    02/28   16,282.64  03/01    4,446.29  03/02    6,849.84  03/03    17,979.59
    03/06   24,853.72  03/07    8,902.43  03/08   13,116.60  03/09    11,462.34
    03/10   14,896.34  03/13   14,521.51  03/14   15,815.51  03/15    22,091.26
    03/17   27,282.49  03/20   31,118.11  03/21   16,853.01  03/22    19,957.64
    03/24    6,897.19  03/27   13,024.31  03/28   14,317.03  03/29    21,241.58
    03/30   10,302.92  03/31   12,642.30
```

```
BAYAT OVERSEAS INC. DBA PAMIR FOOD              --- ---
53-01 NURGE AVE                                             04/30/06
MASPETH NY  11378                                ---
                                                 ---


                                                        7918850657


    6
*** CHECKING *** NY BUSINESS                              CYCLE-010
ACCOUNT NUMBER  7918850657
PREVIOUS STATEMENT BALANCE AS OF 03/31/06 ......................    12,642.30
    PLUS    17  DEPOSITS AND OTHER CREDITS ...................    63,084.95
    LESS    10  CHECKS AND OTHER DEBITS .....................    59,549.09
CURRENT STATEMENT BALANCE AS OF 04/30/06 .......................    16,178.16
NUMBER OF DAYS IN THIS STATEMENT PERIOD    30
```

---

```
*** CHECK TRANSACTIONS ***
   SERIAL    DATE       AMOUNT         SERIAL    DATE        AMOUNT
   1295    04/05    14,254.49           1298    04/26    14,000.00
   1296    04/12    12,076.51       11236237*   04/14       740.00
   1297    04/20    14,907.32       12475108*   04/04       861.00
```

---

```
*** CHECKING ACCOUNT TRANSACTIONS ***
  DATE              DESCRIPTION            DEBITS          CREDITS
04/03  DEPOSIT                                            3,836.57
04/04  DEPOSIT                                            2,418.85
04/05  DEPOSIT                                            2,496.00
04/06  DEPOSIT                                            1,617.44
04/07  DEPOSIT                                            4,522.26
04/10  DEPOSIT                                            3,831.00
04/12  DEPOSIT                                            3,234.32
04/13  DEPOSIT                                            2,309.20
04/13  WIRE TRANSFER FEE001232              15.00
04/13  WIRE TRANSFER001232               1,486.46
04/14  DEPOSIT                                            6,434.17
04/17  DEPOSIT                                            3,166.26
04/19  DEPOSIT                                            7,111.19
04/20  DEPOSIT                                            2,472.69
04/21  DEPOSIT                                            3,353.97
04/21  RETURN DEPOSITED ITEM FEES           10.00
04/21  RETURN DEPOSITED ITEM             1,198.31
04/24  DEPOSIT                                            4,401.00
04/25  DEPOSIT                                            2,550.17
04/26  DEPOSIT                                            2,606.57
04/28  DEPOSIT                                            6,723.29
```

---

```
*** BALANCE BY DATE ***
03/31    12,642.30  04/03    16,478.87  04/04    18,036.72  04/05     6,278.23
04/06     7,895.67  04/07    12,417.93  04/10    16,248.93  04/12     7,406.74
04/13     8,214.48  04/14    13,908.65  04/17    17,074.91  04/19    24,186.10
04/20    11,751.47  04/21    13,897.13  04/24    18,298.13  04/25    20,848.30
04/26     9,454.87  04/28    16,178.16
```

```
        BAYAT OVERSEAS INC. DBA PAMIR FOOD              --- ---           05/31/06
        5301 NURGE AVE                                  ---
        MASPETH NY  11379-3344                          ---
                                                        ---
                                                        ---               7918850657
                                                        ---
                                                        ---
```

344                                                      CYCLE-010
*** CHECKING *** NY BUSINESS
ACCOUNT NUMBER   7918850657
PREVIOUS STATEMENT BALANCE AS OF 04/30/06 ......................      16,178.16
    PLUS      99 DEPOSITS AND OTHER CREDITS .....................     730,971.61
    LESS     386 CHECKS AND OTHER DEBITS .....................       759,101.28
CURRENT STATEMENT BALANCE AS OF 05/31/06 ......................       11,951.51-
NUMBER OF DAYS IN THIS STATEMENT PERIOD    31

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
*** CHECK TRANSACTIONS ***

| SERIAL | DATE | AMOUNT | SERIAL | DATE | AMOUNT |
|--------|------|--------|--------|------|--------|
| 1023 | 05/26 | 400.00 | 1326 | 05/04 | 747.60 |
| 1024 | 05/30 | 400.00 | 1327 | 05/10 | 1,893.60 |
| 1026* | 05/30 | 500.00 | 1329* | 05/03 | 1,423.80 |
| 1028* | 05/31 | 500.00 | 1330 | 05/08 | 1,616.50 |
| 1029 | 05/31 | 350.00 | 1331 | 05/05 | 1,883.00 |
| 1030 | 05/30 | 4,811.80 | 1332 | 05/03 | 1,120.90 |
| 1031 | 05/25 | 3,639.20 | 1333 | 05/10 | 373.05 |
| 1032 | 05/24 | 2,101.40 | 1334 | 05/03 | 1,500.00 |
| 1033 | 05/24 | 1,608.00 | 1335 | 05/11 | 2,139.00 |
| 1034 | 05/30 | 2,278.75 | 1336 | 05/03 | 1,565.20 |
| 1036* | 05/23 | 1,999.56 | 1337 | 05/02 | 2,797.72 |
| 1037 | 05/31 | 1,350.00 | 1338 | 05/05 | 2,900.00 |
| 1040* | 05/31 | 1,365.00 | 1339 | 05/10 | 1,000.00 |
| 1041 | 05/26 | 2,045.00 | 1340 | 05/11 | 702.00 |
| 1042 | 05/31 | 2,302.79 | 1340S | 05/17 | 702.00 |
| 1047* | 05/30 | 1,700.10 | 1341 | 05/08 | 4,065.32 |
| 1048 | 05/31 | 2,900.00 | 1342 | 05/04 | 2,392.60 |
| 1049 | 05/31 | 807.50 | 1343 | 05/08 | 1,663.00 |
| 1050 | 05/30 | 1,815.65 | 1344 | 05/08 | 2,247.50 |
| 1051 | 05/30 | 496.80 | 1345 | 05/08 | 2,435.00 |
| 1052 | 05/30 | 1,350.00 | 1346 | 05/11 | 2,435.00 |
| 1053 | 05/31 | 1,175.00 | 1346S | 05/16 | 2,435.00 |
| 1058* | 05/31 | 2,900.00 | 1347 | 05/15 | 1,080.25 |
| 1059 | 05/26 | 2,400.00 | 1348 | 05/19 | 1,080.25 |
| 1294* | 05/03 | 14,063.77 | 1349 | 05/09 | 3,050.00 |
| 1299* | 05/05 | 4,939.20 | 1350 | 05/10 | 3,050.00 |
| 1300 | 05/04 | 1,350.00 | 1351 | 05/08 | 1,802.70 |
| 1301 | 05/03 | 2,954.70 | 1352 | 05/08 | 1,256.65 |
| 1302 | 05/05 | 1,175.00 | 1353 | 05/10 | 1,256.65 |
| 1303 | 05/05 | 3,791.59 | 1354 | 05/12 | 1,256.65 |
| 1304 | 05/09 | 3,791.59 | 1355 | 05/12 | 48.68 |
| 1305 | 05/09 | 349.50 | 1357* | 05/10 | 358.34 |
| 1306 | 05/08 | 2,486.00 | 1359* | 05/08 | 1,350.00 |
| 1307 | 05/08 | 200.00 | 1360 | 05/05 | 1,968.30 |
| 1308 | 05/23 | 400.00 | 1362* | 05/10 | 1,863.50 |
| 1309 | 05/05 | 400.00 | 1364* | 05/11 | 1,863.50 |
| 1310 | 05/09 | 200.00 | 1364S | 05/23 | 1,863.50 |
| 1311 | 05/08 | 500.00 | 1365 | 05/11 | 427.51 |
| 1312 | 05/11 | 500.00 | 1365S | 05/26 | 427.51 |
| 1313 | 05/09 | 500.00 | 1366 | 05/05 | 2,730.00 |
| 1314 | 05/09 | 500.00 | 1367 | 05/09 | 2,620.25 |
| 1315 | 05/08 | 350.00 | 1368 | 05/12 | 3,718.70 |
| 1316 | 05/02 | 2,280.00 | 1369 | 05/15 | 3,718.70 |
| 1321* | 05/11 | 1,507.97 | 1370 | 05/09 | 2,638.78 |
| 1321S | 05/19 | 1,507.97 | 1371 | 05/12 | 5,096.00 |
| 1322 | 05/09 | 6,386.54 | 1373* | 05/05 | 705.26 |
| 1323 | 05/05 | 1,000.00 | 1374 | 05/12 | 1,175.00 |
| 1324 | 05/10 | 159.77 | 1375 | 05/12 | 1,523.05 |
| 1325 | 05/10 | 209.66 | 1376 | 05/09 | 1,523.05 |

BAYAT OVERSEAS INC. DBA PAMIR FOOD          --- ---          05/31/06
5301 NURGE AVE                             ---
MASPETH NY  11378-3344

                                                              7918850657


344                                                         CYCLE-010
*** CHECK TRANSACTIONS ***

| SERIAL | DATE | AMOUNT | SERIAL | DATE | AMOUNT |
|--------|------|--------|--------|------|--------|
| 1377 | 05/10 | 14,547.66 | 1433 | 05/17 | 750.00 |
| 1378 | 05/12 | 14,547.66 | 1434 | 05/10 | 1,621.50 |
| 1379 | 05/15 | 14,547.67 | 1435 | 05/11 | 2,908.46 |
| 1380 | 05/10 | 1,452.09 | 1435S | 05/23 | 2,908.46 |
| 1381 | 05/10 | 1,452.09 | 1437* | 05/15 | 1,440.00 |
| 1382 | 05/10 | 1,452.09 | 1438 | 05/15 | 1,440.00 |
| 1383 | 05/10 | 1,750.83 | 1439 | 05/11 | 1,440.00 |
| 1384 | 05/09 | 400.00 | 1439S | 05/16 | 1,440.00 |
| 1385 | 05/08 | 1,500.00 | 2440 | 05/12 | 617.00 |
| 1386 | 05/12 | 524.25 | 1441 | 05/17 | 2,372.00 |
| 1388* | 05/09 | 2,900.00 | 1442 | 05/12 | 400.00 |
| 1389 | 05/11 | 1,579.90 | 1443 | 05/12 | 400.00 |
| 1389S | 05/16 | 1,579.90 | 1444 | 05/15 | 2,459.50 |
| 1390 | 05/11 | 1,579.90 | 1445 | 05/17 | 3,081.00 |
| 1390S | 05/16 | 1,579.90 | 1446 | 05/11 | 3,000.00 |
| 1391 | 05/11 | 1,579.90 | 1446S | 05/18 | 3,000.00 |
| 1391S | 05/16 | 1,579.90 | 1447 | 05/10 | 1,500.00 |
| 1392 | 05/15 | 1,579.90 | 1448 | 05/15 | 1,000.00 |
| 1393 | 05/15 | 457.31 | 1449 | 05/12 | 874.45 |
| 1394 | 05/15 | 2,445.00 | 1450 | 05/11 | 3,001.50 |
| 1395 | 05/15 | 254.63 | 1451 | 05/15 | 1,000.00 |
| 1396 | 05/09 | 386.76 | 1452 | 05/11 | 1,221.00 |
| 1397 | 05/10 | 147.98 | 1453 | 05/12 | 3,542.07 |
| 1398 | 05/08 | 167.07 | 1454 | 05/15 | 419.40 |
| 1399 | 05/16 | 658.48 | 1455 | 05/12 | 1,350.00 |
| 1400 | 05/08 | 91.72 | 1456 | 05/18 | 2,310.50 |
| 1401 | 05/09 | 362.69 | 1457 | 05/11 | 2,293.10 |
| 1403* | 05/08 | 183.99 | 1457 | 05/17 | 2,293.10 |
| 1404 | 05/09 | 1,155.25 | 1458 | 05/12 | 1,080.96 |
| 1405 | 05/09 | 1,155.25 | 1459 | 05/12 | 1,080.96 |
| 1406 | 05/23 | 534.45 | 1460 | 05/17 | 1,175.00 |
| 1408* | 05/08 | 361.23 | 1461 | 05/15 | 794.63 |
| 1409 | 05/12 | 309.69 | 1462 | 05/16 | 2,484.79 |
| 1410 | 05/12 | 683.92 | 1463 | 05/17 | 3,292.80 |
| 1411 | 05/09 | 883.20 | 1465* | 05/12 | 2,280.00 |
| 1412 | 05/11 | 658.92 | 1466 | 05/16 | 2,900.00 |
| 1412S | 05/19 | 658.92 | 1467 | 05/12 | 1,704.05 |
| 1413 | 05/12 | 5,096.00 | 1470* | 05/23 | 2,948.00 |
| 1414 | 05/09 | 1,350.00 | 1471 | 05/19 | 2,667.60 |
| 1415 | 05/10 | 1,928.25 | 1472 | 05/22 | 2,667.60 |
| 1416 | 05/11 | 2,900.00 | 1473 | 05/15 | 1,604.80 |
| 1417 | 05/09 | 2,280.00 | 1474 | 05/16 | 1,604.80 |
| 1418 | 05/15 | 909.70 | 1475 | 05/17 | 1,604.80 |
| 1419 | 05/08 | 2,966.52 | 1476 | 05/11 | 1,690.50 |
| 1420 | 05/12 | 389.40 | 1476S | 05/15 | 1,690.50 |
| 1421 | 05/15 | 612.90 | 1477 | 05/17 | 16,413.69 |
| 1422 | 05/11 | 2,622.96 | 1478 | 05/19 | 16,413.69 |
| 1422S | 05/25 | 2,622.96 | 1479 | 05/22 | 16,413.70 |
| 1423 | 05/18 | 2,622.96 | 1480 | 05/17 | 1,429.88 |
| 1424 | 05/18 | 2,622.96 | 1481 | 05/19 | 1,429.88 |
| 1425 | 05/23 | 166.50 | 1482 | 05/22 | 1,429.88 |
| 1426 | 05/15 | 500.00 | 1483 | 05/22 | 1,429.88 |
| 1427 | 05/12 | 200.00 | 1485* | 05/15 | 1,873.10 |
| 1428 | 05/11 | 500.00 | 1486 | 05/17 | 1,175.00 |
| 1428S | 05/22 | 500.00 | 1487 | 05/16 | 3,637.28 |
| 1429 | 05/16 | 200.00 | 1488 | 05/15 | 1,500.00 |
| 1430 | 05/16 | 500.00 | 1489 | 05/24 | 349.50 |
| 1431 | 05/15 | 350.00 | 1491* | 05/16 | 5,000.00 |
| 1432 | 05/16 | 500.00 | 1492 | 05/16 | 386.15 |

BAYAT OVERSEAS INC. DBA PAMIR FOOD
5301 NURGE AVE
MASPETH NY  11378-3344
--- ---
---
05/31/06

7918850657

344
\*\*\* CHECK TRANSACTIONS \*\*\*                                    CYCLE-010

| SERIAL | DATE | AMOUNT | SERIAL | DATE | AMOUNT |
|---|---|---|---|---|---|
| 1493 | 05/17 | 147.39 | 1562 | 05/24 | 1,500.00 |
| 1494 | 05/22 | 166.47 | 1563 | 05/22 | 1,350.00 |
| 1495 | 05/16 | 657.89 | 1564 | 05/19 | 1,543.50 |
| 1496 | 05/15 | 91.85 | 1565 | 05/24 | 1,571.26 |
| 1499* | 05/15 | 183.39 | 1566 | 05/25 | 1,571.26 |
| 1500 | 05/19 | 1,154.65 | 1567 | 05/26 | 1,656.00 |
| 1501 | 05/17 | 1,154.65 | 1568 | 05/23 | 2,450.50 |
| 1502 | 05/22 | 533.85 | 1569 | 05/19 | 1,694.82 |
| 1504* | 05/15 | 360.63 | 1570 | 05/19 | 2,280.00 |
| 1505 | 05/17 | 1,350.00 | 1571 | 05/22 | 588.00 |
| 1506 | 05/16 | 1,731.15 | 1572 | 05/25 | 17,055.98 |
| 1507 | 05/19 | 1,822.80 | 1573 | 05/26 | 17,055.98 |
| 1508 | 05/22 | 2,618.15 | 1574 | 05/31 | 17,055.98 |
| 1509 | 05/22 | 2,618.15 | 1575 | 05/22 | 2,357.50 |
| 1511* | 05/24 | 349.50 | 1576 | 05/24 | 4,684.40 |
| 1512 | 05/17 | 789.21 | 1577 | 05/24 | 4,200.04 |
| 1513 | 05/19 | 3,323.08 | 1578 | 05/24 | 2,900.00 |
| 1515* | 05/24 | 500.00 | 1579 | 05/30 | 1,092.00 |
| 1516 | 05/26 | 1,500.00 | 1580 | 05/23 | 1,000.00 |
| 1517 | 05/24 | 575.00 | 1581 | 05/22 | 1,500.00 |
| 1518 | 05/22 | 500.00 | 1583* | 05/24 | 1,372.70 |
| 1519 | 05/19 | 200.00 | 1584 | 05/26 | 1,372.70 |
| 1520 | 05/22 | 200.00 | 1585 | 05/26 | 1,372.70 |
| 1522* | 05/23 | 500.00 | 1586 | 05/26 | 1,372.70 |
| 1523 | 05/22 | 350.00 | 1587 | 05/23 | 386.16 |
| 1524 | 05/23 | 500.00 | 1588 | 05/23 | 147.38 |
| 1525 | 05/23 | 525.42 | 1589 | 05/22 | 166.47 |
| 1526 | 05/22 | 396.11 | 1590 | 05/31 | 657.89 |
| 1527 | 05/18 | 214.21 | 1591 | 05/22 | 91.85 |
| 1529* | 05/18 | 2,454.00 | 1592 | 05/23 | 362.09 |
| 1530 | 05/23 | 2,454.00 | 1593 | 05/23 | 386.15 |
| 1532* | 05/19 | 1,471.57 | 1594 | 05/22 | 183.39 |
| 1533 | 05/18 | 400.00 | 1596* | 05/26 | 1,154.65 |
| 1534 | 05/22 | 400.00 | 1597 | 05/24 | 533.85 |
| 1535 | 05/18 | 2,931.97 | 1599* | 05/24 | 360.63 |
| 1536 | 05/17 | 1,581.10 | 1600 | 05/24 | 209.70 |
| 1537 | 05/19 | 4,968.60 | 1601 | 05/25 | 229.65 |
| 1538 | 05/18 | 2,484.79 | 1602 | 05/23 | 1,000.00 |
| 1539 | 05/18 | 1,365.00 | 1603 | 05/23 | 1,922.05 |
| 1540 | 05/24 | 2,160.00 | 1604 | 05/24 | 1,350.00 |
| 1541 | 05/17 | 2,160.00 | 1605 | 05/26 | 1,616.50 |
| 1542 | 05/17 | 1,642.81 | 1606 | 05/26 | 1,470.73 |
| 1543 | 05/22 | 2,188.25 | 1607 | 05/30 | 1,470.73 |
| 1544 | 05/17 | 1,500.00 | 1608 | 05/30 | 1,470.73 |
| 1545 | 05/30 | 392.00 | 1609 | 05/30 | 1,470.73 |
| 1546 | 05/25 | 1,681.02 | 1610 | 05/30 | 1,316.80 |
| 1547 | 05/25 | 1,681.02 | 1611 | 05/25 | 2,934.45 |
| 1548 | 05/18 | 1,877.90 | 1612 | 05/30 | 2,934.46 |
| 1549 | 05/22 | 1,200.00 | 1613 | 05/26 | 1,175.00 |
| 1550 | 05/25 | 1,674.00 | 1614 | 05/30 | 1,175.00 |
| 1551 | 05/22 | 1,125.00 | 1615 | 05/26 | 3,349.50 |
| 1554* | 05/23 | 4,775.40 | 1618* | 05/30 | 309.69 |
| 1555 | 05/24 | 1,600.91 | 1619 | 05/30 | 244.25 |
| 1556 | 05/24 | 1,600.91 | 1620 | 05/30 | 200.00 |
| 1557 | 05/22 | 3,030.50 | 1621 | 05/30 | 400.00 |
| 1558 | 05/25 | 657.41 | 1623* | 05/31 | 13,124.71 |
| 1559 | 05/25 | 657.41 | 1627* | 05/30 | 1,528.40 |
| 1560 | 05/23 | 1,354.25 | 1628 | 05/30 | 1,528.40 |
| 1561 | 05/23 | 1,354.25 | 1629 | 05/31 | 1,528.40 |

PAGE  4

--- ---

BAYAT OVERSEAS INC. DBA PAMIR FOOD                 ---                    05/31/06
5301 NURGE AVE
MASPETH NY  11378-3344

7918850657

344                                                                  CYCLE-010
*** CHECK TRANSACTIONS ***

| SERIAL | DATE | AMOUNT | SERIAL | DATE | AMOUNT |
|--------|------|--------|--------|------|--------|
| 1632* | 05/31 | 3,820.32 | 1655 | 05/30 | 183.39 |
| 1633 | 05/31 | 2,865.24 | 1663* | 05/31 | 1,576.00 |
| 1638* | 05/30 | 2,863.50 | 1664 | 05/30 | 2,010.00 |
| 1639 | 05/31 | 2,626.18 | 1665 | 05/31 | 386.15 |
| 1640 | 05/31 | 3,542.70 | 1666 | 05/31 | 2,110.50 |
| 1642* | 05/26 | 2,183.01 | 1667 | 05/30 | 279.50 |
| 1646* | 05/31 | 1,000.00 | 1672* | 05/30 | 1,200.00 |
| 1648* | 05/31 | 386.15 | 1674* | 05/31 | 2,699.00 |
| 1649 | 05/31 | 147.38 | 1675 | 05/31 | 1,423.80 |
| 1651* | 05/31 | 657.89 | 1686* | 05/31 | 701.90 |
| 1652 | 05/30 | 91.85 | 1687 | 05/31 | 2,784.00 |
| 1653 | 05/31 | 362.09 | 1703* | 05/31 | 1,623.22 |
| 1654 | 05/31 | 386.16 | | | |

--------------------------------------------------------------------------------
*** CHECKING ACCOUNT TRANSACTIONS ***

| DATE | DESCRIPTION | DEBITS | CREDITS |
|------|-------------|--------|---------|
| 05/01 | DEPOSIT | | 2,831.51 |
| 05/02 | DEPOSIT | | 937.70 |
| 05/02 | DEPOSIT | | 1,200.00 |
| 05/02 | DEPOSIT | | 5,900.00 |
| 05/02 | DEPOSIT | | 14,200.00 |
| 05/02 | DEBIT MEMO | 2.00 | |
| 05/03 | WIRE TRANSFER002453 | | 20,000.00 |
| 05/03 | DEPOSIT | | 3,129.00 |
| 05/03 | DEPOSIT | | 22,440.00 |
| 05/03 | WIRE TRANSFER FEE002453 | 10.00 | |
| 05/05 | DEPOSIT | | 5,330.00 |
| 05/05 | DEPOSIT | | 8,347.66 |
| 05/05 | WIRE TRANSFER FEE000726 | 15.00 | |
| 05/05 | WIRE TRANSFER000726 | 8,482.00 | |
| 05/08 | DEPOSIT | | 2,577.15 |
| 05/08 | DEPOSIT | | 20,000.00 |
| 05/08 | AC-IRS        -USATAXPYMT | 4,500.00 | |
| 05/09 | DEPOSIT | | 8,800.00 |
| 05/09 | DEPOSIT | | 11,500.00 |
| 05/09 | DEPOSIT | | 24,000.00 |
| 05/09 | AC-IRS        -USATAXPYMT | 552.17 | |
| 05/10 | DEPOSIT | | 8,300.00 |
| 05/10 | DEPOSIT | | 8,420.13 |
| 05/10 | DEPOSIT | | 16,200.00 |
| 05/11 | DEPOSIT | | 10,200.00 |
| 05/11 | RETURNED CHECK # 00001365 | | 427.51 |
| 05/11 | RETURNED CHECK # 00001312 | | 500.00 |
| 05/11 | RETURNED CHECK # 00001428 | | 500.00 |
| 05/11 | RETURNED CHECK # 00001412 | | 658.52 |
| 05/11 | RETURNED CHECK # 00001340 | | 702.00 |
| 05/11 | RETURNED CHECK # 00001452 | | 1,221.00 |
| 05/11 | RETURNED CHECK # 00001439 | | 1,440.50 |
| 05/11 | RETURNED CHECK # 00001321 | | 1,507.97 |
| 05/11 | RETURNED CHECK # 00001389 | | 1,579.90 |
| 05/11 | RETURNED CHECK # 00001390 | | 1,579.90 |
| 05/11 | RETURNED CHECK # 00001391 | | 1,579.90 |
| 05/11 | RETURNED CHECK # 00001476 | | 1,690.50 |
| 05/11 | RETURNED CHECK # 00001364 | | 1,863.50 |
| 05/11 | RETURNED CHECK # 00001335 | | 2,139.00 |
| 05/11 | RETURNED CHECK # 00001457 | | 2,293.10 |

--- ---
---                                    05/31/06

BAYAT OVERSEAS INC. DBA PAMIR FOOD
5301 NURGE AVE
MASPETH NY  11378-3344

                                        7918850657

                                        CYCLE-010

344

----------------------------------------------------------------

*** CHECKING ACCOUNT TRANSACTIONS ***

| DATE | DESCRIPTION | DEBITS | CREDITS |
|---|---|---|---|
| 05/11 | RETURNED CHECK # 00001346 | | 2,435.00 |
| 05/11 | RETURNED CHECK # 00001422 | | 3,622.96 |
| 05/11 | RETURNED CHECK # 00001416 | | 2,900.00 |
| 05/11 | RETURNED CHECK # 00001435 | | 2,908.46 |
| 05/11 | RETURNED CHECK # 00001446 | | 3,000.00 |
| 05/11 | RETURNED CHECK # 00001450 | | 3,001.50 |
| 05/11 | LEVY FEE | 100.00 | |
| 05/11 | NY RESTR NOTICE | 17,870.74 | |
| 05/11 | RETURN DEPOSITED ITEM FEES | 10.00 | |
| 05/11 | UNAVAILABLE FUNDS FEE | 140.00 | |
| 05/11 | RETURN DEPOSITED ITEM | 539.20 | |
| 05/12 | LEVY RELEASE | | 17,870.74 |
| 05/12 | DEPOSIT | | 1,200.00 |
| 05/12 | DEPOSIT | | 5,392.81 |
| 05/12 | DEPOSIT | | 10,600.00 |
| 05/12 | DEPOSIT | | 20,000.00 |
| 05/15 | DEPOSIT | | 3,816.00 |
| 05/15 | DEPOSIT | | 5,900.00 |
| 05/15 | DEPOSIT | | 23,000.00 |
| 05/16 | DEPOSIT | | 1,200.00 |
| 05/16 | DEPOSIT | | 1,200.00 |
| 05/16 | DEPOSIT | | 1,200.00 |
| 05/16 | DEPOSIT | | 4,500.00 |
| 05/16 | DEPOSIT | | 13,500.00 |
| 05/16 | DEPOSIT | | 21,000.00 |
| 05/16 | DEPOSIT | | 1,200.00 |
| 05/17 | DEPOSIT | | 2,927.00 |
| 05/17 | DEPOSIT | | 5,219.89 |
| 05/17 | DEPOSIT | | 19,000.00 |
| 05/17 | WIRE TRANSFER FEE000536 | 15.00 | |
| 05/17 | WIRE TRANSFER000536 | 5,901.50 | |
| 05/17 | AC-Sempra Energy Tr-DailyACH | 676.61 | |
| 05/18 | DEPOSIT | | 3,440.00 |
| 05/18 | DEPOSIT | | 4,345.72 |
| 05/18 | DEPOSIT | | 14,500.00 |
| 05/18 | POS DEBIT  05/18 | 90.34 | |
| | PEP BOYS #453 RIDGEWOOD NY | | |
| 05/19 | DEPOSIT | | 1,200.00 |
| 05/19 | DEPOSIT | | 5,493.51 |
| 05/19 | DEPOSIT | | 8,200.00 |
| 05/19 | DEPOSIT | | 10,100.00 |
| 05/19 | DEPOSIT | | 13,900.00 |
| 05/19 | DEPOSIT | | 1,429.88 |
| 05/19 | RETURNED CHECK # 00001481 | | |
| 05/19 | LEVY FEE | 100.00 | |
| 05/19 | NY RESTR NOTICE | 18,862.79 | |
| 05/19 | UNAVAILABLE FUNDS FEE | 315.00 | |
| 05/22 | DEPOSIT | | 10,800.00 |
| 05/22 | DEPOSIT | | 24,000.00 |
| 05/22 | OVERDRAFT FEE | 35.00 | |
| 05/22 | NSF FEE | 35.00 | |
| 05/22 | UNAVAILABLE FUNDS FEE | 420.00 | |
| 05/23 | LEVY RELEASE | | 18,862.79 |
| 05/23 | DEPOSIT | | 1,200.00 |
| 05/23 | DEPOSIT | | 1,200.00 |
| 05/23 | DEPOSIT | | 2,819.95 |

BAYAT OVERSEAS INC. DBA PAMIR FOOD                    --- ---            05/31/06
5301 NURGE AVE                                       ---
MASPETH NY  11378-3344

                                                                       7918850657


344                                                                    CYCLE-010

--- ---------------------------------------------------------------------------------

*** CHECKING ACCOUNT TRANSACTIONS ***
                                                                   CREDITS
  DATE              DESCRIPTION              DEBITS              CREDITS
05/23 DEPOSIT                                                  9,000.00
05/23 DEPOSIT                                                  9,000.00
05/23 DEPOSIT                                                 23,000.00
05/23 DEBIT MEMO                             10.00
05/24 DEPOSIT                                                  2,685.25
05/24 DEPOSIT                                                 10,500.00
05/24 DEPOSIT                                                 12,300.00
05/24 AC-CLARKE AMERICAN -CHK ORDER         113.14
05/25 DEPOSIT                                                  4,717.41
05/25 DEPOSIT                                                 11,100.00
05/26 DEPOSIT                                                  1,200.00
05/26 DEPOSIT                                                  1,200.00
05/26 DEPOSIT                                                  4,003.95
05/26 DEPOSIT                                                  4,400.00
05/26 DEPOSIT                                                  6,000.00
05/26 DEPOSIT                                                 24,000.00
05/26 UNCOLLECTED FUNDS FEE                  35.00
05/30 DEPOSIT                                                    900.00
05/30 DEPOSIT                                                  3,070.00
05/30 DEPOSIT                                                  9,500.00
05/30 DEPOSIT                                                 13,100.00
05/30 DEPOSIT                                                 16,600.00
05/30 UNCOLLECTED FUNDS FEE                  35.00
05/31 DEPOSIT                                                  1,500.00
05/31 DEPOSIT                                                  2,094.00
05/31 DEPOSIT                                                  2,304.35
05/31 DEPOSIT                                                  2,800.00
05/31 DEPOSIT                                                  5,614.09
05/31 DEPOSIT                                                 16,300.00
05/31 DEPOSIT                                                 23,000.00
05/31 DEBIT MEMO                              9.81
05/31 POS DEBIT  05/30                       35.00
      ESL SERVICE CORP ENGLEWOOD NJ


*** BALANCE BY DATE ***
04/30   16,178.16  05/01   19,009.67  05/02   36,167.65  05/03   60,098.28
05/04   55,608.08  05/05   39,296.39  05/08   32,130.34  05/09   43,447.31
05/10   40,351.41  05/11   31,891.47  05/12   39,056.53  05/15   29,458.67
05/16   43,183.43  05/17   22,482.78  05/18   22,393.87  05/19    1,222.14
05/22    8,472.61- 05/23   26,662.01  05/24   20,346.32  05/25    1,759.37
05/26    1,976.34  05/30    9,596.81  05/31   11,951.51-

```
                              --- ---
   BAYAT OVERSEAS INC. DBA PAMIR FOOD      ---              06/30/06
   5301 NURGE AVE                          ---
   MASPETH NY  11378-3344                  ---
                                           ---
                                           ---              7918850657
                                           ---

                                           ---
```

```
   125                                                CLOSED
*** CHECKING *** NY BUSINESS
   ACCOUNT NUMBER  7918850657
   PREVIOUS STATEMENT BALANCE AS OF 05/31/06 ......................    11,951.51-
     PLUS     84  DEPOSITS AND OTHER CREDITS ...................      365,011.81
     LESS    182  CHECKS AND OTHER DEBITS ......................      353,060.30
   CURRENT STATEMENT BALANCE AS OF 06/30/06 ......................           .00
   NUMBER OF DAYS IN THIS STATEMENT PERIOD   30
```

```
*** CHECK TRANSACTIONS ***
   SERIAL    DATE         AMOUNT        SERIAL    DATE         AMOUNT
             06/02      2,579.30         1681     06/08       500.00
    1025*    06/02        200.00         1682     06/07       500.00
    1027*    06/01        500.00         1683     06/06     1,000.00
    1035*    06/09         93.00         1684     06/06       350.00
    1039*    06/02        527.10         1685     06/05       400.00
    1043*    06/01      2,302.79         1688*    06/05     3,432.75
    1044     06/01      1,934.40         1690*    06/05       400.00
    1045     06/01        269.44         1691     06/05     2,679.35
    1046     06/05        602.89         1692     06/06     2,679.35
    1054*    06/01      2,536.30         1693     06/08       257.75
    1055     06/01      2,536.30         1694     06/02     1,350.00
    1060*    06/05        511.36         1697*    06/06     1,350.00
    1312*S   06/02        500.00         1698     06/07     1,487.00
    1372*    06/07      2,026.75         1699     06/07       607.89
    1452*S   06/01      1,221.00         1700     06/06     1,500.00
    1481*S   06/01      1,429.88         1701     06/05     1,500.00
    1521*    06/08        400.00         1702     06/12     1,839.00
    1573*    06/07     17,055.98         1704*    06/01       253.16
    1595*    06/01      1,154.65         1705     06/13     2,652.00
    1616*    06/01        520.10         1707*    06/02     2,972.50
    1622*    06/06        201.00         1708     06/05     1,521.80
    1624*    06/01     13,124.71         1709     06/06     1,521.80
    1625     06/05     13,124.71         1710     06/02     1,365.00
    1626S    06/02      1,293.49         1711     06/07       833.40
    1630*    06/02      1,710.10         1712     06/05     4,874.52
    1631     06/05      2,376.00         1713     06/05     2,183.90
    1633*S   06/05      2,865.24         1714     06/09       578.96
    1637*    06/01      1,350.00         1715     06/08     3,275.97
    1639*S   06/07      2,626.18         1716     06/12     3,275.97
    1640S    06/07      3,542.70         1717     06/05     3,114.50
    1641     06/02      2,805.71         1719*    06/07     3,114.50
    1643*    06/06        162.00         1720     06/05       575.00
    1644     06/05          8.25         1721     06/02       420.00
    1645     06/02      3,542.70         1722     06/02     2,400.00
    1646S    06/08      1,000.00         1723     06/07    16,027.75
    1647     06/02        330.00         1724     06/08    16,027.75
    1650*    06/05        166.47         1725     06/12    16,027.75
    1651S    06/12        657.89         1726     06/07       612.35
    1656*    06/06      1,154.65         1727     06/06     1,350.00
    1657     06/01      1,154.65         1728     06/05     2,389.75
    1658     06/08        533.85         1729     06/05       477.50
    1660*    06/12        360.63         1730     06/08     1,597.12
    1665*S   06/13        386.15         1731     06/12     1,597.12
    1668*    06/02      1,616.50         1732     06/12     1,597.12
    1676*    06/02        400.00         1734*    06/06     3,577.00
    1677     06/05        400.00         1735     06/06     2,295.19
    1678     06/05        200.00         1736     06/06     2,295.19
    1679     06/07        200.00         1737     06/06     2,900.00
    1680     06/06        500.00         1738     06/05     1,000.00
```

PAGE  2

BAYAT OVERSEAS INC. DBA PAMIR FOOD
5301 NURGE AVE
MASPETH NY  11378-3344

--- ---
---

06/30/06

7918850657

125

CLOSED

*** CHECK TRANSACTIONS ***

| SERIAL | DATE | AMOUNT | SERIAL | DATE | AMOUNT |
|--------|------|--------|--------|------|--------|
| 1739 | 06/05 | 1,608.00 | 1794 | 06/12 | 300.00 |
| 1740 | 06/08 | 2,694.80 | 1796* | 06/08 | 319.50 |
| 1745* | 06/13 | 386.16 | 1797 | 06/08 | 1,225.00 |
| 1755* | 06/06 | 1,154.65 | 1798 | 06/12 | 2,529.75 |
| 1756 | 06/07 | 1,887.80 | 1801* | 06/08 | 706.80 |
| 1757 | 06/07 | 1,887.80 | 1803* | 06/08 | 1,440.00 |
| 1758 | 06/06 | 386.16 | 1804 | 06/12 | 1,440.00 |
| 1759 | 06/06 | 147.38 | 1805 | 06/13 | 1,440.00 |
| 1760 | 06/06 | 657.88 | 1806 | 06/07 | 1,447.20 |
| 1761 | 06/05 | 166.47 | 1807 | 06/09 | 2,900.00 |
| 1762 | 06/07 | 386.16 | 1808 | 06/13 | 1,000.00 |
| 1763 | 06/05 | 91.85 | 1809 | 06/12 | 1,350.00 |
| 1764 | 06/07 | 362.09 | 1810 | 06/09 | 1,027.60 |
| 1765 | 06/07 | 386.15 | 1811 | 06/08 | 2,162.15 |
| 1766 | 06/05 | 183.39 | 1816* | 06/12 | 518.50 |
| 1768* | 06/08 | 533.85 | 1817 | 06/09 | 3,924.23 |
| 1770* | 06/13 | 360.63 | 1819* | 06/12 | 1,350.00 |
| 1773* | 06/06 | 2,718.70 | 1820 | 06/12 | 1,619.25 |
| 1774 | 06/09 | 2,141.90 | 1821 | 06/13 | 2,900.00 |
| 1775 | 06/05 | 2,417.19 | 1824* | 06/12 | 867.00 |
| 1776 | 06/09 | 2,517.88 | 1825 | 06/12 | 2,020.25 |
| 1777 | 06/13 | 2,517.88 | 1826 | 06/12 | 2,020.25 |
| 1778 | 06/08 | 2,421.50 | 1828* | 06/09 | 2,400.00 |
| 1781* | 06/12 | 500.00 | 1829 | 06/13 | 15,600.05 |
| 1784* | 06/13 | 350.00 | 1835* | 06/12 | 2,664.65 |
| 1787* | 06/12 | 400.00 | 1845* | 06/12 | 634.50 |
| 1789* | 06/09 | 500.00 | 1846 | 06/13 | 2,900.00 |
| 1790 | 06/09 | 500.00 | 1847 | 06/12 | 1,608.00 |
| 1791 | 06/09 | 3,577.00 | 10978238* | 06/12 | 19,408.00 |
| 1792 | 06/08 | 2,613.70 | 12890335* | 06/15 | 4.71 |
| 1793 | 06/09 | 401.54 | | | |

---

*** CHECKING ACCOUNT TRANSACTIONS ***

| DATE | DESCRIPTION | DEBITS | CREDITS |
|------|-------------|--------|---------|
| 05/31 | RETURNED CHECK # 00001649 | | 147.38 |
| 05/31 | RETURNED CHECK # 00001653 | | 362.09 |
| 05/31 | RETURNED CHECK # 00001648 | | 386.15 |
| 05/31 | RETURNED CHECK # 00001665 | | 386.15 |
| 05/31 | RETURNED CHECK # 00001654 | | 386.16 |
| 05/31 | RETURNED CHECK # 00001651 | | 657.89 |
| 05/31 | RETURNED CHECK # 00001646 | | 1,000.00 |
| 05/31 | RETURNED CHECK # 00001663 | | 1,576.00 |
| 05/31 | RETURNED CHECK # 00001639 | | 2,626.18 |
| 05/31 | RETURNED CHECK # 00001633 | | 2,865.24 |
| 05/31 | RETURNED CHECK # 00001640 | | 3,542.70 |
| 06/01 | DEPOSIT | | 1,843.00 |
| 06/01 | DEPOSIT | | 19,733.00 |
| 06/01 | UNCOLLECTED FUNDS FEE | 70.00 | |
| 06/01 | NSF FEE | 385.00 | |
| 06/02 | DEPOSIT | | 1,200.00 |
| 06/02 | DEPOSIT | | 1,300.00 |
| 06/02 | DEPOSIT | | 6,685.72 |
| 06/02 | DEPOSIT | | 13,050.00 |
| 06/02 | DEPOSIT | | 16,200.00 |
| 06/02 | DEBIT MEMO | 2.00 | |
| 06/02 | DEBIT MEMO | 50.50 | |

```
     BAYAT OVERSEAS INC. DBA PAMIR FOOD        --- ---              06/30/06
     5301 NURGE AVE                            ---
     MASPETH NY  11378-3344

                                                                   7918850657


125                                                               CLOSED
```

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
*** CHECKING ACCOUNT TRANSACTIONS ***
   DATE         DESCRIPTION               DEBITS          CREDITS
06/02 OVERDRAFT FEE                       35.00
06/05 DEPOSIT                                            2,346.71
06/05 DEPOSIT                                            8,000.00
06/05 DEPOSIT                                           15,420.00
06/05 DEPOSIT                                           16,600.00
06/05 RETURN DEPOSITED ITEM FEES          10.00
06/05 RETURN DEPOSITED ITEM              863.00
06/06 DEPOSIT                                            1,200.00
06/06 DEPOSIT                                            1,200.00
06/06 DEPOSIT                                            8,000.00
06/06 DEPOSIT                                           12,400.00
06/06 DEPOSIT                                           19,000.00
06/06 DEBIT MEMO                          10.00
06/06 DEBIT MEMO                          50.00
06/06 UNCOLLECTED FUNDS FEE               70.00
06/06 OVERDRAFT FEE                      105.00
06/07 DEPOSIT                                            4,937.00
06/07 DEPOSIT                                            9,900.00
06/07 DEPOSIT                                           10,500.00
06/07 DEBIT MEMO                           1.00
06/08 DEPOSIT                                            1,200.00
06/08 DEPOSIT                                            6,150.00
06/08 DEPOSIT                                           10,700.00
06/08 RETURNED CHECK # 00001796                           319.50
06/08 RETURNED CHECK # 00001801                           706.80
06/08 RETURNED CHECK # 00001797                         1,225.00
06/08 RETURNED CHECK # 00001803                         1,440.00
06/08 RETURNED CHECK # 00001811                         2,162.15
06/08 RETURNED CHECK # 00001792                         2,613.70
06/08 UNCOLLECTED FUNDS FEE               70.00
06/08 OVERDRAFT FEE                      175.00
06/09 DEPOSIT                                            1,200.00
06/09 DEPOSIT                                            1,200.00
06/09 DEPOSIT                                            3,046.79
06/09 DEPOSIT                                            5,032.00
06/09 DEPOSIT                                            7,000.00
06/09 DEPOSIT                                            7,184.00
06/09 DEPOSIT                                           17,500.00
06/09 NSF FEE                            210.00
06/09 OVERDRAFT FEE                      385.00
06/12 DEPOSIT                                            1,200.00
06/12 DEPOSIT                                            3,380.00
06/12 DEPOSIT                                           22,000.00
06/12 RETURNED CHECK # 00001794                           300.00
06/12 RETURNED CHECK # 00001660                           360.63
06/12 RETURNED CHECK # 00001787                           400.00
06/12 RETURNED CHECK # 00001781                           500.00
06/12 RETURNED CHECK # 00001816                           518.50
06/12 RETURNED CHECK # 00001845                           634.50
06/12 RETURNED CHECK # 00001651                           657.89
06/12 RETURNED CHECK # 00001824                           867.00
06/12 RETURNED CHECK # 00001809                         1,350.00
06/12 RETURNED CHECK # 00001819                         1,350.00
06/12 RETURNED CHECK # 00001804                         1,440.00
06/12 RETURNED CHECK # 00001731                         1,597.12
```

```
                                          --- ---
       BAYAT OVERSEAS INC. DBA PAMIR FOOD      ---              06/30/06
       5301 NURGE AVE
       MASPETH NY  11378-3344


                                                            7918850657



   125                                                   CLOSED
```

---

```
*** CHECKING ACCOUNT TRANSACTIONS ***
  DATE          DESCRIPTION              DEBITS          CREDITS
  06/12 RETURNED CHECK # 00001732                        1,597.12
  06/12 RETURNED CHECK # 00001847                        1,608.00
  06/12 RETURNED CHECK # 00001820                        1,619.25
  06/12 RETURNED CHECK # 00001702                        1,839.00
  06/12 RETURNED CHECK # 00001825                        2,020.25
  06/12 RETURNED CHECK # 00001826                        2,020.25
  06/12 RETURNED CHECK # 00001798                        2,529.75
  06/12 RETURNED CHECK # 00001835                        2,664.65
  06/12 RETURNED CHECK # 00001716                        3,275.97
  06/12 RETURNED CHECK # 00001725                       16,027.75
  06/12 UNCOLLECTED FUNDS FEE          70.00
  06/12 OVERDRAFT FEE                 105.00
  06/12 POS DEBIT  06/09   COASTAL CH  33.00
        EEMA OIL CORP PALISADES PA NJ
  06/13 RETURNED CHECK # 00001784                          350.00
  06/13 RETURNED CHECK # 00001770                          360.63
  06/13 RETURNED CHECK # 00001665                          386.15
  06/13 RETURNED CHECK # 00001745                          386.16
  06/13 RETURNED CHECK # 00001808                        1,003.00
  06/13 RETURNED CHECK # 00001805                        1,440.00
  06/13 RETURNED CHECK # 00001777                        2,517.88
  06/13 RETURNED CHECK # 00001705                        2,652.00
  06/13 RETURNED CHECK # 00001821                        2,900.00
  06/13 RETURNED CHECK # 00001846                        2,900.00
  06/13 RETURNED CHECK # 00001829                       15,600.05
  06/13 NSF FEE                       770.00
  06/13 AC-IRS          -USATAXPYMT  9,362.42
  06/14 DEPOSIT                                          1,250.00
  06/14 DEPOSIT                                          9,400.00
  06/14 OVERDRAFT FEE                  35.00
  06/14 NSF FEE                       385.00
```

---

```
*** BALANCE BY DATE ***
 05/31   11,951.51- 06/01    7,181.95- 06/02    7,153.87 06/05      643.31-
 06/06   13,020.74  06/07   16,634.96- 06/08   28,072.55- 06/09    7,056.87-
 06/12      92.87- 06/13   10,225.29- 06/14       4.71 06/15        .00
```

```
BAYAT OVERSEAS INC. DBA PAMIR FOOD           --- ---                    05/31/06
5301 NURGE AVE                               ---
MASPETH NY  11378-3344

                                                                       7918850657


   344                                                                CYCLE-010
*** CHECK TRANSACTIONS ***
   SERIAL   DATE        AMOUNT            SERIAL    DATE       AMOUNT
    1632*   05/31     3,820.32             1655    05/30         183.39
    1633    05/31     2,865.24             1663*   05/31       1,576.00
    1638*   05/30     2,863.50             1664    05/30       2,010.00
    1639    05/31     2,626.18             1665    05/31         386.15
    1640    05/31     3,542.70             1666    05/31       2,110.50
    1642*   05/26     2,183.01             1667    05/30         279.50
    1646*   05/31     1,000.00             1672*   05/30       1,200.00
    1648*   05/31       386.15             1674*   05/31       2,699.00
    1649    05/31       147.38             1675    05/31       1,423.80
    1651*   05/31       657.89             1686*   05/31         701.90
    1652    05/30        91.85             1687    05/31       2,784.00
    1653    05/31       362.09             1703*   05/31       1,623.22
    1654    05/31       386.16
```

```
---------------------------------------------------------------------------------
*** CHECKING ACCOUNT TRANSACTIONS ***
DATE        DESCRIPTION                      DEBITS            CREDITS
05/01 DEPOSIT                                                 2,831.51
05/02 DEPOSIT                                                   937.70
05/02 DEPOSIT                                                 1,200.00
05/02 DEPOSIT                                                 5,900.00
05/02 DEPOSIT                                                14,200.00
05/02 DEBIT MEMO                               2.00
05/03 WIRE TRANSFER002453                                   20,000.00
05/03 DEPOSIT                                                 3,129.00
05/03 DEPOSIT                                                22,440.00
05/03 WIRE TRANSFER FEE002453                 10.00
05/05 DEPOSIT                                                 5,330.00
05/05 DEPOSIT                                                 8,347.66
05/05 WIRE TRANSFER FEE000726                 15.00
05/05 WIRE TRANSFER000726                   8,482.00
05/08 DEPOSIT                                                 2,577.15
05/08 DEPOSIT                                                20,000.00
05/08 AC-IRS             -USATAXPYMT        4,500.00
05/09 DEPOSIT                                                 8,800.00
05/09 DEPOSIT                                                11,500.00
05/09 DEPOSIT                                                24,000.00
05/09 AC-IRS             -USATAXPYMT          552.17
05/10 DEPOSIT                                                 8,300.00
05/10 DEPOSIT                                                 8,420.13
05/10 DEPOSIT                                                16,200.00
05/11 DEPOSIT                                                10,200.00
05/11 RETURNED CHECK # 00001365                                427.51
05/11 RETURNED CHECK # 00001312                                500.00
05/11 RETURNED CHECK # 00001428                                500.00
05/11 RETURNED CHECK # 00001412                                658.92
05/11 RETURNED CHECK # 00001340                                702.00
05/11 RETURNED CHECK # 00001452                              1,221.00
05/11 RETURNED CHECK # 00001439                              1,440.00
05/11 RETURNED CHECK # 00001321                              1,507.97
05/11 RETURNED CHECK # 00001389                              1,579.90
05/11 RETURNED CHECK # 00001390                              1,579.90
05/11 RETURNED CHECK # 00001391                              1,579.90
05/11 RETURNED CHECK # 00001476                              1,690.50
05/11 RETURNED CHECK # 00001364                              1,863.50
05/11 RETURNED CHECK # 00001335                              2,139.00
05/11 RETURNED CHECK # 00001457                              2,293.10
```

*021305001*
06/14/2006
5150278932

is is a LEGAL COPY of
ur check. You can use it
e same way you would
e the original check.

ETURN REASON-A
NOT SUFFICIENT
FUNDS

06/13/2006
055776H430



RETURN REASON-A
NOT SUFFICIENT FUNDS

BAYAT OVERSEAS, INC.                    1725

BENDICO POTATOES, INC.        $ ***15,027.75

Thousand Twenty-Seven and 75/100***              DOLLARS

BENDICO POTATOES, INC.
160 MACQUESTEN PKW
MOUNT VERNON, NY 10550

⑈"001725"⑈ ⑈:026013673: 7916850557"⑈ ⑈"000160 2775"⑈

⑈"001725"⑈ ⑈:026013673: 7916850557"⑈ ⑈"000160 2775"⑈



FOR DEPOSIT ONLY
ENRICO POTATOES, INC.
670298006

↓Do not endorse or write below this line

*021305001*
06/15/2006
6451261710

is is a LEGAL COPY of
ur check. You can use it
e same way you would
e the original check.

ETURN REASON-A
NOT SUFFICIENT
FUNDS

[026013673] 06/14/2006
0038149596Q



1829

COMMTREE BANK, N.A.
HAMSAPEQUA, NY

1-1267/090
0100

DAYAT OVERSE, INC.
DEPT OF FOOD
POTATOES, INC

6/12/2006

RETURN REASON-A
NOT SUFFICIENT FUNDS

$*18,600.05

housand Six Hundred and 05/100*************************DOLLARS

ENDICO POTATOES, INC.
100 MACQUISTEN PKW
MOUNTT VERNON, NY 10550

MEMO

⑆001829⑆ ⑆026013673⑆ 7918850657⑆ ⑈0001560005⑈

⑆001829⑆        ⑆026013673⑆         7918850657⑆        ⑈0001560005⑈



FOR DEPOSIT ONLY
ENDICO POTATOES INC.
6702980906

COMMERCE
BANK

SPL. 00155980
NOO7 5NO PYG
08/13/2006

↓Do not endorse or write below this line

2041697564 PR 5891 PK 28   55-400 06/15/2006

*021305001*
06/20/2006
b451bb0258

s is a LEGAL COPY of
r check. You can use it
same way you would
the original check.

:TURN REASON-D
LOSED ACCOUNT



1834

BAYAT BROTHERS INC.
SHALAMIL FOOD

6/15/2006

PAY TO THE
ORDER OF   ENDICO POTATOES, INC.                          $15,800.05

Fifteen Thousand Six Hundred and 05/100 ............................................ DOLLARS

ENDICO POTATOES, INC.
166 MACQUISTEN PKW
MOUNT VERNON, NY 10550

MEMO

⑈001834⑈  ⑈026013673⑈  751885065 7⑈  ⑈000156000 5⑈

⑈001834⑈    4⑈026013673⑈    751885065 7⑈      ⑈000156000 5⑈



↓Do not endorse or write below this line.



*021305001*
06/20/2006
6451460257

: is a LEGAL COPY of
check. You can use it
same way you would
the original check

TURN REASON-D
_OSED ACCOUNT



BAYIT WEHBERG INC.
SHAMIR FOOD                          04/06                                                    1832
INC.                                                                                           6/16/2006

PAY TO THE
ORDER OF  INDICO POTATOES, INC.                                    $15,600.05

Fifteen Thousand Six Hundred and 05/100 **************************************** DOLLARS

      INDICO POTATOES, INC.
      160 MACQUESTEN PKW
      MOUNT VERNON, NY 10550

MEMO

"001832"   4:0260136273:   7918850657"   "0001560005,"

