UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



ENDICO POTATOES, INC.,

                Plaintiff,

-against-                                  CASE NUMBER:

NASSIR AHMAD BAYAT and RUHULLAH BAYAT

                Defendants.

---

Pursuant to Rule 7 of the Local Rules of the U.S. District Court for the Southern and Eastern Districts of New York and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for **Plaintiff** (A private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held.

**NONE**

Date:   Westbury, New York
          January 22, 2008

                                        KREINCES & ROSENBERG, P.C.

                              By: _____
                                  LEONARD KREINCES (LK/6524)
                                  Attorneys for Plaintiff
                                  900 Merchants Concourse, Suite 305
                                  Westbury, New York 11590
                                  (516) 227-6500

Z:\kreinces1\WORK\General\EndicoPotatoes\Pamir Food\Rule 7.frm