AO 440 (Rev. 10/93) Summons in a Civil Action        **RETURN OF SERVICE**

| | |
|---|---|
| SERVICE OF: | COMPLAINT, SUMMONS IN A CIVIL CASE, EXHIBITS |
| EFFECTED (1) BY ME: | CHRISTOPHER OBIE |
| TITLE: | PROCESS SERVER        DATE: 02/11/2008 01:30PM |

**CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:**

[ ] Served personally upon the defendant:

NASSIR AHMAD BAYAT _____

Place where served:

__ WILSON STREET  LITTLE FERRY NJ 07643 _____

[X] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

__A BAYAT _____

Relationship to defendant: WIFE _____

Description of person accepting service:

SEX: F   AGE: 40-50   HEIGHT: 5'3"-5'6"   WEIGHT: 131-160 LBS.   SKIN: TAN   HAIR: BLACK   OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ ____.__        SERVICES $ ____.__        TOTAL $ ____.__

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 02/11/20 08      _____ L.S.
                        SIGNATURE OF CHRISTOPHER OBIE
                        GUARANTEED SUBPOENA SERVICE, INC.
                        2009 MORRIS AVENUE
                        UNION, NJ 07083

02/11/08
JACKELINE GONZALEZ
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Dec. 7, 2010

| | |
|---|---|
| ATTORNEY: | LEONARD KREINCES, ESQ |
| PLAINTIFF: | ENDICO POTATOES, INC |
| DEFENDANT: | NASSIR AHMAD BAYAT, ET AL |
| VENUE: | NYDISTRICT |
| DOCKET: | 08 CV 01004 |

As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.