440 (Rev. 10/93) Summons in a Civil Action

**RETURN OF SERVICE**

RVICE OF: COMPLAINT, SUMMONS IN A CIVIL CASE, EXHIBITS
ECTED (1) BY ME: CHRISTOPHER OBIE
E: PROCESS SERVER                                    DATE: 02/11/2008  01:30PM

ECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

Served personally upon the defendant:

HULLAH BAYAT

e where served:

WILSON STREET  LITTLE FERRY NJ 07643

eft copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing ein. Name of person with whom the summons and complaint were left:

BA BAYAT

ationship to defendant: BROTHER-IN-LAW

cription of person accepting service:

: F   AGE: 40-50   HEIGHT: 5'3"-5'6"   WEIGHT: 131-160 LBS.   SKIN: TAN   HAIR: BLACK   OTHER: _____

To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

AVEL $ _____.____     SERVICES $ _____.____     TOTAL $ _____.____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

TE: 02 / 11 / 2008         _____ L.S.
                            SIGNATURE OF CHRISTOPHER OBIE
                            GUARANTEED SUBPOENA SERVICE, INC.
                            2009 MORRIS AVENUE
                            UNION, NJ 07083

                                                          02/11/08

TORNEY:    LEONARD KREINCES, ESQ
INTIFF:    ENDICO POTATOES, INC
FENDANT:   NASSIR AHMAD BAYAT, ET AL
NUE:       NYDISTRICT
CKET:      08 CV 01004

As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.