UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ENDICO POTATOES, INC.,

                      Plaintiff,                          08 CIV 1004 (JSR)

    -against-                                **NOTICE OF APPEARANCE**

NASSIR AHMAD BAYAT and
RUHULLAH BAYAT,

                      Defendants.
------------------------------------------------------------X

To the Clerk of the Court and all parties of record:

    Enter my appearance in this case for Defendants, NASSIR AHMAD BAYAT and RUHULLAH BAYAT. I certify that I am admitted to practice in this court.


Dated: New York, New York
       March 3, 2008

                                                _____
                                                Jonathan B. Bruno
                                                Kaufman Borgeest & Ryan LLP
                                                99 Park Avenue, 19th Floor
                                                New York, New York 10016
                                                Telephone No.: (212) 980-9600
                                                Facsimile: (212) 980-9261
                                                jbruno@kbrlaw.com

693649

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing: **NOTICE OF APPEARANCE** was served via First Class U.S. Mail on the 3rd day of March, 2008 upon:

Leonard Kreinces, Esq.
Kreinces & Rosenberg, P.C.
Attorneys for Plaintiff
900 Merchants Concourse
Westbury, New York 11590

                                    _____
                                    Jonathan B. Bruno (JB 6163)