FEB-28-2008 10:13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
ENDICO POTATOES, INC.,

               Plaintiff,        08 CIV 1004 (JSR)

    -against-                    STIPULATION

NASSIR AHMAD BAYAT and
RUHULLAH BAYAT,

               Defendants.
---------------------------------------X

       IT IS HEREBY STIPULATED AND AGREED by the undersigned that the time for the Defendants to move or otherwise respond to the Complaint in this action be, and the same hereby is, extended up to and including March 19, 2008. Defendants agree to waive the defense of personal jurisdiction.

Dated: New York, New York
       February 28, 2008

/s/ Leonard Kreinces
Leonard Kreinces
Kreinces & Rosenberg, P.C.
900 Merchants Concourse, Suite 305
Westbury, NY 11590
(516) 227-6500
Attorney for Plaintiff

/s/ Jonathan B. Bruno
Jonathan B. Bruno
Kaufman Borgeest & Ryan LLP
99 Park Avenue, 19th Floor
New York, NY 10016
(212) 980-9600
Attorneys for Defendants

SO ORDERED:

/s/ JSR
U.S.D.J.
3-3-08

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-4-08

TOTAL P.03

TOTAL P.02