STATE OF NEW YORK )
                  ) ss.:
COUNTY OF NASSAU  )

DAWN GENTZ, being duly sworn deposes and says: I am not a party to the action, am over 18 years of age and reside at Massapequa, New York.

On June 12, 2008, I served a true copy of the annexed SUPPLEMENTAL SUMMONS and AMENDED COMPLAINT by depositing a copy thereof enclosed in a **Federal Express** overnight delivery envelope in an official depository under the exclusive care and custody of the Federal Express within New York State to each of the following persons at the last known address set forth:

JONATHAN B. BRUNO, ESQ.
KAUFMAN BORGEEST & RYAN LLP
Attorney for Defendants
99 Park Avenue, 19th Floor
New York, New York 10016
(212) 980-9600

_____
DAWN GENTZ

Sworn to before me this
12th day of June, 2008

_____
Notary Public

LEONARD KREINCES
Notary Public, State of New York
No. 02KR7364365
Qualified in Nassau County
Commission Expires 1/31/2011