UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ENDICO POTATOES, INC.,

                      Plaintiff,                      08 CIV 1004 (JSR)

       -against-                            **NOTICE OF CHANGE**
                                                          **OF ADDRESS**

NASSIR AHMAD BAYAT and
RUHULLAH BAYAT,

                      Defendants.
------------------------------------------------------------X

        **PLEASE TAKE NOTICE,** that as of August 1, 2008, the Manhattan office of **KAUFMAN BORGEEST & RYAN LLP**, will relocate to 120 Broadway – 14th Floor, New York, New York 10271. The telephone number for the firm shall remain (212) 980-9600 and the fax number shall remain (212) 980-9291.

        Pursuant to CPLR §2103, as of August 1, 2008, service of papers will be accepted at that address only.

Dated:  New York, New York
           July 23, 2008

                                                            Yours, etc.,

                                                            KAUFMAN BORGEEST & RYAN LLP

                                                            By: _____
                                                              Jonathan B. Bruno
                                                               Attorneys for Defendants,
                                                              Nassir Ahmad Bayat and Ruhullah Bayat
                                                              120 Broadway – 14th floor
                                                              New York, NY 10271
                                                              (212) 980-9600

TO: Leonard Kreinces
Kreinces & Rosenberg PC
Attorney for Plaintiff
900 Merchants Concourse
Westbury, New York 11590

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copies of the foregoing:

NOTICE OF CHANGE OF ADDRESS.

was served via First Class Mail on the 23rd day of July, 2008 upon:

Leonard Kreinces, Esq.
Kreinces & Rosenberg, P.C.
Attorneys for Plaintiff
900 Merchants Concourse
Westbury, New York  11590

_____
Jonathan B. Bruno