CORPORATION SERVICE COMPANY

08 CV 1004 (JSR)

AFFIDAVIT OF SERVICE

STATE OF NEW YORK
U.S. DISTRICT COURT, COUNTY OF NEW YORK        INDEX # 08 CV 1004 (JSR)

-----------------------------------------------------------------

ENDICO POTATOES, INC.,                                    PLAINTIFF

        VS.

NASSIR AHMAD BAYAT                                        DEFENDANT


-----------------------------------------------------------------

STATE OF NEW YORK
COUNTY OF ALBANY
CITY OF ALBANY              ss:

Minard Carkner being duly sworn, deposes and says that he is
over the age of eighteen (18) years; That on the 21ST day of July,
2008 at 2:30 he served the annexed SUPPLEMENT SUMMONS AND AMENDED
COMPLAINT, Index # 08 CV 1004 (JSR) ,endorsed thereto on BAYAT OVERSEAS
INC. the defendant in this action, by delivering to and leaving with
Donna Christie an employee of the Office of the Secretary of the State
of New York in the City of Albany, New York, two (2) copies thereof,
and at the time of making said service, deponent paid the said
Secretary of State of New York a fee of $40.00.  That said service was
made pursuant to Section 306 of the Business Corporation Law of the
State of New York.

Deponent further says that he knew the person so served as
aforesaid in the Office of the Secretary of the State
of New York to be duly authorized by law to accept such service
on behalf of the named defendant.

                                                _____
                                                    Minard Carkner


Sworn to before me this
25TH day of July, 2008.

_____
Johanna A. Burkhartt, Notary Public
rzm