UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ENDICO POTATOES, INC.,

               Plaintiff,

    -against-

NASSIR AHMAD BAYAT, RUHULLAH BAYAT
and BAYAT OVERSEAS, INC. d/b/a PAMIR
FOOD,

               Defendants.
-----------------------------------------------------------X

08 CIV 1004 (JSR)

**STIPULATION AND ORDER
OF DISMISSAL**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8-19-08

IT IS HEREBY STIPULATED AND ORDERED that whereas no party is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above-captioned action be, and hereby is, dismissed in its entirety with prejudice and without any finding of liability against defendants whatsoever, and without interest, costs or attorneys' fees pursuant to Federal Rule of Civil Procedure 41.

Dated: August 15, 2008

_____
Leonard Kreinces
Kreinces & Rosenberg, P.C.
900 Merchants Concourse, Suite 305
Westbury, NY 11590
(516) 227-6500
Attorney for Plaintiff

_____
Jonathan B. Bruno
Kaufman Borgeest & Ryan LLP
120 Broadway, 14th Floor
New York, NY 10271
(212) 980-9600
Attorneys for Defendants

SO ORDERED

_____
The Honorable Jed S. Rakoff
United States District Judge
8-18-08

767068